| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Latex Foam International, LLC dba Talalay Global** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **58-2469207** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **510 River Road**<br>**Shelton, CT 06484**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fairfield**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Latex Foam International, LLC dba Talalay Global**
Name                                                                        Case number (*if known*) _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

District **District of Connecticut**   When **5/30/14**   Case number **14-50845**

District _____   When _____   Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor **See Attachment**   Relationship _____

District _____   When _____   Case number, if known _____

| Debtor | **Latex Foam International, LLC dba Talalay Global** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Latex Foam International, LLC dba Talalay Global** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  8, 2019**
            MM / DD / YYYY

*X* **/s/ Marc Navarre**                                    **Marc Navarre**
Signature of authorized representative of debtor            Printed name

Title   **CEO**

---

**18. Signature of attorney**

*X* **/s/ James Berman**                                Date **August  8, 2019**
Signature of attorney for debtor                             MM / DD / YYYY

**James Berman ct06027**
Printed name

**Zeisler & Zeisler, P.C.**
Firm name

**10 Middle Street, 15th Floor**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

Contact phone   **(203) 368-4234**       Email address   **info@zeislaw.com**

**ct06027 CT**
Bar number and State

Debtor   **Latex Foam International, LLC dba Talalay Global**                                   Case number (*if known*) _____
Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an
amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Latex Foam Assets Acquisition, LLC** | | Relationship to you | **Affiliate** |
| District | **District of Connecticut** | When | Case number, if known | **19-** |
| Debtor | **Latex Foam International Holdings, Inc.** | | Relationship to you | **Affiliate** |
| District | **District of Connecticut** | When | Case number, if known | **19-** |
| Debtor | **PLB Holdings, LLC** | | Relationship to you | **Affiliate** |
| District | **District of Connecticut** | When | Case number, if known | **19-** |
| Debtor | **Purelatex Bliss, LLC** | | Relationship to you | **Affiliate** |
| District | **District of Connecticut** | When | Case number, if known | **19-** |

**Fill in this information to identify the case:**

Debtor name   **Latex Foam International, LLC dba Talalay Global**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  8, 2019**   X **/s/ Marc Navarre**
   Signature of individual signing on behalf of debtor

**Marc Navarre**
Printed name

**CEO**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Latex Foam International, LLC dba Talalay Global</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:    <strong>DISTRICT OF CONNECTICUT</strong></td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Centrotrade Rubber USA, Inc. Attn: Pres, GP or Mang Membr 676 Independance Parkway Ste 110 Chesapeake, VA 23320** | **Janice Connor** **Janice@centrotrade.com (800) 520-7669** | | | | | $442,334.86 |
| **BASF Corporation Attn: Pres, GP or Mang Membr P.O. Box 360941 Pittsburgh, PA 15251-6941** | **John Valovic** **john.valovic@basf.com (603) 763-4018** | | | | | $264,560.93 |
| **Tiarco, LLC Attn: Pres, GP or Mang Membr PO Box 745375 Atlanta, GA 30384-5375** | **Kevin Nolan** **knolan@trcc.com (877) 284-2726** | | | | | $239,902.92 |
| **Synthomer LLC Attn: Pres, GP or Mang Membr 5/3 Bank 1761 Momentum Place Chicago, IL 60689** | **Alexandra Diehl** **alexandra.diehl@synthomer.com (678) 916-6267** | | | | | $180,355.68 |
| **Standard Fiber, LLC Attn: Pres, GP or Mang Membr 577 Airport Blvd., Suite 200 Burlingame, CA 94010** | **Sandy Gray** **sandygray@standardfiber.com (650) 872-6528** | | | | | $97,659.08 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Latex Foam International, LLC dba Talalay Global**                    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alvarez & Marsal Private Equit Attn: Pres, GP or Mang Membr 600 Madison Ave, 8th Floor New York, NY 10022** | | | | | | **$68,280.00** |
| **Blue -Grace Logistics LLC Attn: Pres, GP or Mang Membr Dept 108 PO Box 4964 Houston, TX 77210-4964** | **Matthew Skull** **mscull@bluegrace group.com** | | | | | **$57,542.14** |
| **8600 Central Venture, LLC Attn: Pres, GP or Mang Membr 3000 Buchanan Street Wichita Falls, TX 76308** | **Anthony Inman** **(940) 322-1140 fax (940) 322-9000** | | | | | **$41,710.40** |
| **Unicorr Packaging Group Attn: Pres, GP or Mang Membr Connecticut Container Corp 4282 Paysphere Circle Chicago, IL 60674** | **Providencia Solis** **Psolis@unicorr.co m (203) 248-2161** | | | | | **$39,971.48** |
| **Ruckel Mfg. Co., Inc. Attn: Pres, GP or Mang Membr Brooklyn Navy Yard 63 Flushing Ave. Unit 331 Brooklyn, NY 11205** | **Joseph Rottenberg** **joer@ruckelmfg.co m (718) 643-8005** | | | | | **$33,112.00** |
| **United Illuminating Co. Attn: Pres, GP or Mang Membr P.O. Box 9230 Chelsea, MA 02150-9230** | **Michael Crowley** **Michael.Crowley@ uinet.com (800) 722-5584** | | | | | **$32,604.84** |
| **Axle Logistics, LLC Attn: Pres, GP or Mang Membr 520 W. Summit Hill Drive, Ste 1005 Knoxville, TN 37902** | **Jordan Parris** **jordan.parris@axcel ogistics.com** | | | | | **$23,628.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Latex Foam International, LLC dba Talalay Global**                    Case number *(if known)* _____
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Evoque Data Center Solutions Attn: Pres, GP or Mang Membr P.O. Box 9005 Carol Stream, IL 60197-9005** | **Cynthia Andrews**<br><br>**ca424k@att.com** | | | | | **$23,579.50** |
| **DeWolf Chemical, LLC. Attn: Pres, GP or Mang Membr PO Box 842472 Boston, MA 02284-2472** | **Kristin Bastien**<br><br>**kbastien@dewolfchem.com**<br>**(401) 434-3515** | | | | | **$22,752.64** |
| **Global Pallet Solutions, LLC Attn: Pres, GP or Mang Membr 271 John Downey Drive New Britain, CT 06051** | **Tom Hodgkinson**<br><br>**globalpallets@sbcglobal.net**<br>**(860) 826-5000** | | | | | **$21,610.65** |
| **PraxAir Inc. Attn: Pres, GP or Mang Membr PO  Box 417518 Boston, MA 02241-7518** | **Myron Stewart**<br><br>**myron stewart@praxair.com**<br>**(800) 772-9247** | | | | | **$21,238.72** |
| **Carter-McLeod Paper & Packaging Co Attn: Pres, GP or Mang Membr 136 Wayside Avenue West Springfield, MA 01089-1318** | **Mike Pingree**<br><br>**mikep@cartermcleod.com**<br>**(413) 736-1000** | | | | | **$21,168.55** |
| **Saatva, Inc. Attn: Pres, GP or Mang Membr 19-02 Whitestone Expwy Ste 201 Whitestone, NY 11357** | **Harley Greenfield** | | | | | **$21,000.00** |
| **Fifth Third Bank-Credit Card Attn: Pres, GP or Mang Membr P.O. Box 740523 Cincinnati, OH 45274-0523** | **Dan Bick**<br><br>**Dan.Bick@53.com** | | | | | **$20,125.71** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Latex Foam International, LLC dba Talalay Global**                Case number *(if known)*  _____
         _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Veritiv Operating Company Attn: Pres, GP or Mang Membr P.O. Box 409884 Atlanta, GA 30384-9884** | **Barry Soehnlein** <br><br> **BARRY.Soehnlein @veritivcorp.com** | | | | | **$20,084.10** |

# United States Bankruptcy Court
## District of Connecticut

In re    **Latex Foam International, LLC dba Talalay Global**          Case No. _____

                                       Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August  8, 2019** _____          **/s/ Marc Navarre** _____

                                                   **Marc Navarre/CEO**
                                                   Signer/Title

Internal Revenue Service
Centralized Insolvency operation
P.O. Box 7346
Philadelphia, PA 19101-7346


U.S. Department of Justice
Attn: Jeff Sessions, Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530


US Attorney's Office,New Haven
Attn: Christine Sciarrino, Esq
Assistant US Attorney
57 Church Street, Floor 25
New Haven, CT 06510


Department of Revenue Services
State of Connecticut
P.O. Box 2936
Hartford, CT 06104-2936


8600 Central Venture, LLC
Attn: Pres, GP or Mang Membr
3000 Buchanan Street
Wichita Falls, TX 76308


A Quick Pick Crane Service
Attn: Pres., GP., or Mng. Mbr.
15 Royal Court
Shelton, CT 06484


A&P Coat, Apron & Linen Supply
Attn: Pres, GP or Mang Membr
Unitex Textile Rental
155 South Terrace
Mount Vernon, NY 10550


A-Lined Handling Systems, Inc.
Attn: Pres., GP., or Mng. Mbr.
92 Burnside Ave
East Hartford, CT 06108


A. Duie Pyle, Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 564
West Chester, PA 19381-0564

Aaron Luckett
Attn: Pres., GP., or Mng. Mbr.
1153 Oakhill St
Seffner, FL 33584


ABB Inc.
Attn: Pres., GP., or Mng. Mbr.
PO Box 88868
Chicago, IL 60695-1868


Absolutely Knits, Inc.
Attn: Pres, GP or Mang Membr
260 Madison Avenue, Suite 8038
8th Floor
New York, NY 10016


Acme Cryogenic , Inc.
dba Cryogenics Experts
Attn: Pres., GP., or Mng. Mbr.
2801 Mitchell Ave
Allentown, PA 18103-7111


Adam Angel
Attn: Pres., GP., or Mng. Mbr.
592 N Stoneham Circle
Medford, OR 97504


Adhesive Products, Inc.
dba Adhesive Pro
Attn: Pres., GP., or Mng. Mbr.
PO Box 6434
Fishers, IN 46038


ADP, Inc.
Attn: Pres., GP., or Mng. Mbr.
PO Box 842875
Boston, MA 02284-2875


Advanced Power Services, LLC
Attn: Pres., GP., or Mng. Mbr.
161 Woodford Avenue
Unit #1 - Box #4
Plainville, CT 06062

Advanced Rooter Plumbing LLC
Attn: Pres, GP or Mang Membr
1 Pink Cloud Lane
Weston, CT 06883


Air Compressor Engineering Co.
Attn: Pres, GP or Mang Membr
17 Meadow Street
P.O. Box 738
Westfield, MA 01086


Airgas, Inc
dba Airgas USA, LLC
Attn: Pres, GP or Mang Membr
P.O. Box 734445
Chicago, IL 60673-4445


Alan L Grant Polymer, Inc
Attn: Pres., GP., or Mng. Mbr.
150 Bousch Street , Suite 800
Norfolk, VA 23510


Albany Foam and Supply Inc.
Attn: Pres., GP., or Mng. Mbr.
PO Box 416365
Boston, MA 02241-6365


Albany Valve & Fitting Co.
dba Swagelok Connecticut
Attn: Pres., GP., or Mng. Mbr.
120 S. Church Street
Schenectady, NY 12305


Alexandra W. Wilson
Attn: Pres, GP or Mang Membr
920 Park Ave, Apt 3D
New York, NY 10028


Alfa Adhesives, Inc.
Attn: Pres., GP., or Mng. Mbr.
15 Lincoln Street
Hawthorne, NJ 07506

Allstate Power Vac, Inc
dba ACV Enviro APV
Attn: Pres., GP., or Mng. Mbr.
PO Box 674985
Detroit, MI 48267-4985


ALPI USA, Inc.
Attn: Pres., GP., or Mng. Mbr.
PO Box 21690
New York, NY 10087-1690


Alvarez & Marsal Private Equit
Attn: Pres, GP or Mang Membr
600 Madison Ave, 8th Floor
New York, NY 10022


Amanda Kay Crenshaw
Attn: Pres., GP., or Mng. Mbr.
180 Weston Road
Arden, NC 28704


AMC Group, Incorporated
dba Ace Maintenance
Attn: Pres, GP or Mang Membr
P.O. Box 4841
Wichita Falls, TX 76308


American Cancer Society
Attn: Pres., GP., or Mng. Mbr.
PO Box 42040
Oklahoma City, OK 73123


American Consumer Shows LLC
Attn: Pres., GP., or Mng. Mbr.
6901 Jericho Tpke Ste 250
Syosset, NY 11791


American Excelsior Company
Attn: Pres., GP., or Mng. Mbr.
PO Box 204836
Dallas, TX 75320


American Future Business Comp.
dba Progressive Business Comp.
Attn: Pres., GP., or Mng. Mbr.
PO Box 3014
Malvern, PA 19355-9790

American Refrigeration Co.
Attn: Pres, GP or Mang Membr
149 River Street, Suite 3
Andover, MA 01810


American Surplus Inc.
Attn: Pres., GP., or Mng. Mbr.
1 Noyes Avenue
East Providence, RI 02916


Andrea Jimenez Lopez
Attn: Pres., GP., or Mng. Mbr.
1771 1st Ave Apt 2
New York, NY 10128


Andrew Baker
Attn: Pres., GP., or Mng. Mbr.
529 Pine Warbler Way N
Palm Harbor, FL 34683


Angela Marie Cruzalegui
Save A Life Training
Attn: Pres., GP., or Mng. Mbr.
17 Oxley Dr
Wichita Falls, TX 76310


Anthem Life Insurance Co.
Department L-8111
Attn: Pres., GP., or Mng. Mbr.
220 Virginia Avenue
Indianapolis, IN 46204


Anthony Alfonso
Attn: Pres., GP., or Mng. Mbr.
6985 Seminole Blvd #29
Seminole, FL 33772


Anthony Chiusano
Attn: Pres., GP., or Mng. Mbr.
4441 NW Cove Circle
Port ST Lucie, FL 34983


AON Risk Services Northeast
Attn: Pres., GP., or Mng. Mbr.
PO Box 7247-7376
Philadelphia, PA 19170-7376

Aquarion Water Company of CT
Attn: Pres, GP or Mang Membr
P.O. Box 10010
Lewiston, ME 04243-9427


Arbon Equipment Corp.
Attn: Pres., GP., or Mng. Mbr.
25464 Network Place
Chicago, IL 60673-1254


Arizona Department of Revenue
Attn: Pres., GP., or Mng. Mbr.
PO Box 29085
Phoenix, AZ 85038-9085


Arizona Department of Revenue
Attn: Pres., GP., or Mng. Mbr.
PO Box 29032
Phoenix, AZ 85038-9032


Arnold J. Davillier Jr
Attn: Pres., GP., or Mng. Mbr.
1328 Hancock St
Gretna, LA 70053


Arshad Corporation (Pvt) Lrd.
Tricon Corporate Ctr. 16th Fl.
Attn: Pres., GP., or Mng. Mbr.
Main Jail Road, Gulberg II
Lahore, WI 54660


Asbury Graphite
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 144
405 Old Main St
Asbury, NJ 08802-0144


Associated Volume Buyers, Inc.
Attn: Pres., GP., or Mng. Mbr.
17542 17th Street, Ste. 250
Tustin, CA 92780-7939


AT&T
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 105414
Atlanta, GA 30348-5414

AT&T
Attn: Pres, GP or Mang Membr
P.O. Box 5019
Carol Stream, IL 60197-9005


AT&T
Attn: Pres., GP., or Mng. Mbr.
PO Box 5019
Carol Stream, IL 60197-5019


AT&T
Attn: Pres, GP or Mang Membr
P.O. Box 5019
Carol Stream, IL 60197-5019


AT&T
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 5019
Carol Stream, IL 60197-5019


AT&T
Attn: Pres., GP., or Mng. Mbr.
PO Box 105414
Atlanta, GA 30348-5414


AT&T
Attn: Pres, GP or Mang Membr
P.O. Box 105414
Atlanta, GA 30348-5414


AT&T
Attn: Pres, GP or Mang Membr
P.O. Box 9005
Carol Stream, IL 60197-9005


AT&T Global
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 5091
Carol Stream, IL 60197-5091


AT&T TeleConference Svcs
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 5002
Carol Stream, IL 60197-5002

Atlanta Attachment Company
Attn: Pres., GP., or Mng. Mbr.
362 Industrial Park Drive
Lawrenceville, GA 30046


Atlantic Equipment Engineers
Attn: Pres, GP or Mang Membr
24 Industrial Avenue
Upper Saddle River, NJ 07458


Atlantic Fasteners Co, LLC
Attn: Pres., GP., or Mng. Mbr.
PO Box 1068
Agawam, MA 01001-6068


Atlantic Specialty Chemicals
Attn: Pres., GP., or Mng. Mbr.
317 Godwin Ave.
Midland Park, NJ 07432


Automated  Convenience Serv.
Attn: Pres, GP or Mang Membr
29 Baer Circle
East HAven, CT 06512


Axle Logistics, LLC
Attn: Pres, GP or Mang Membr
520 W. Summit Hill Drive, Ste 1005
Knoxville, TN 37902


B. Dickson & Associates LLC
dba Dale Carnegie Training
Attn: Pres., GP., or Mng. Mbr.
21 Maple Street
Naugatuck, CT 06770


BASF Corporation
Attn: Pres, GP or Mang Membr
P.O. Box 360941
Pittsburgh, PA 15251-6941


Baumer Of America, Inc.
Attn: Pres., GP., or Mng. Mbr.
425 Route 202
Towaco, NJ 07082

```
BDI
Attn: Pres., GP., or Mng. Mbr.
PO Box 6286
Cleveland, OH 44194


Beyond Components, Inc.
Attn: Pres., GP., or Mng. Mbr.
5 Carl Thompson Road
Westford, MA 01886


Biosan Laboratories, Inc.
Attn: Pres., GP., or Mng. Mbr.
1950 Tobsal CT
Warren, MI 48091


Blackstone IMC Holding
OLLC WMCV Phase
Attn: Pres., GP., or Mng. Mbr.
PO Box 741159
Los Angeles, CA 90074-1159


Blackstone IMC Holding - Q LLC
WMCV Phase 2 SPE, LLC
Attn: Pres., GP., or Mng. Mbr.
PO Box 741153
Los Angeles, CA 90074-1153


Blackstone INC Holding - Q LLC
dba IMC License SPE, LLC
Attn: Pres., GP., or Mng. Mbr.
PO Box 748912
Los Angeles, CA 90074-8912


Blake Equipment Company
Department 1340Attn: Pres., GP
Department 1340
PO Box 4110
Woburn, MA 01888-4110


Blake Owsley
Attn: Pres., GP., or Mng. Mbr.
2515 E Jeffrey Loop
Flagstaff, AZ 86004
```

Blue -Grace Logistics LLC
Attn: Pres, GP or Mang Membr
Dept 108
PO Box 4964
Houston, TX 77210-4964


Boeing Distribution Services
dba The Hope Group
Attn: Pres., GP., or Mng. Mbr.
70 Bearfoot Rd, PO Box 840
Northborough, MA 01532


Bollore Logistics USA Inc.
Attn: Pres., GP., or Mng. Mbr.
PO Box 276
Torrance, CA 90507


Borden & Remington Corporation
Attn: Pres, GP or Mang Membr
P.O. Box 2573
63 Water Street
Fall River, MA 27220-2573


Brad A. Morey
Attn: Pres., GP., or Mng. Mbr.
1012 North PawPaw Street
Lawrence, MI 49064


Braiding Machines
Attn: Pres., GP., or Mng. Mbr.
08251 Santpedor
Barcelona, Spain


Braman Chemical Enterprises Inc
Attn: Pres, GP or Mang Membr
PO Box 368
Agawam, MA 01001-0368


Brenda Aiken
Attn: Pres., GP., or Mng. Mbr.
1501 Williston Rd
South Burlington, VT 05403


Bret Stern Productions
Attn: Pres., GP., or Mng. Mbr.
18 Leonard Street
Norwalk, CT 06850

Brian Fee
Attn: Pres., GP., or Mng. Mbr.
23919 NE 132nd Avenue
Battle Ground, WA 98604


Brian Grable
Attn: Pres., GP., or Mng. Mbr.
17557 Queensland Street
Land O Lakes, FL 34638


Brian's Plumbing Inc.
Attn: Pres., GP., or Mng. Mbr.
901 Ohio Avenue
Wichita Falls, TX 76301


Brick Mountain
Attn: Pres., GP., or Mng. Mbr.
145 Hook Creek Blvd, Bldg B6d
Valley Stream, NY 11581


Bridget Lefort
Attn: Pres., GP., or Mng. Mbr.
PO Box 55
Denham Springs, LA 70727


Buhler Aeroglide Corporation
Attn: Pres., GP., or Mng. Mbr.
PO Box 29505
Raleigh, NC 27626-0505


BurkBurnett Ind School Dist.
Attn: Pres., GP., or Mng. Mbr.
PO Box 608
416 Glendale Street
BurkBurnett, TX 76354


Burt Process Equipment Inc
Attn: Pres., GP., or Mng. Mbr.
PO Box 185100
Hamden, CT 06518


C & T Tarlton
T/A Nedco Conveyor Co. Inc
Attn: Pres., GP., or Mng. Mbr.
967 Lehigh Ave
Union, NJ 08823

C&H Fire Sprinkler LLC
Attn: Pres., GP., or Mng. Mbr.
55 Red Stone Dr
Weatagae, CT 06089


C.H. Robinson Company
Attn: Pres, GP or Mang Membr
PO Box 9121
Minneapolis, MN 55480-9121


C.K.B. LLC.
Attn: Pres., GP., or Mng. Mbr.
32 Bunker Hill Circle
Shelton, CT 06484


C3 Creators LLC
Attn: Pres., GP., or Mng. Mbr.
410 South Rampart
Ste 390
Las Vegas, NV 89145


CA - B.H.F.T.I. - DCA
Attn: Pres., GP., or Mng. Mbr.
PO Box 942518
West Sacramento, CA 94258-0518


CA North Carolina Holdings Inc
PBM Brands
Attn: Pres., GP., or Mng. Mbr.
Dept 0709, PO Box 120709
Dallas, TX 75312-0709


CA-Franchise Tax Board
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 942857
Sacramento, CA 94257


Callahan Cutting Tools, Inc.
Attn: Pres., GP., or Mng. Mbr.
915A Distribution Drive
Columbus, OH 43228


Calvert Safe & Lock Limited
Attn: Pres., GP., or Mng. Mbr.
300 Roosevelt Dr
Derby, CT 06418-1667

Canteen Refreshment Service
Attn: Pres, GP or Mang Membr
PO Box 417632
Boston, MA 02241-7632


Capitol Squash
Attn: Pres., GP., or Mng. Mbr.
300 Summit Street
Box 702611
Hartford, CT 06106


Carbon Filtration Systems,Inc
Attn: Pres., GP., or Mng. Mbr.
68 Mill Street
Johnston, RI 02919


Cargo Management Group
Attn: Pres., GP., or Mng. Mbr.
11190 NW 25th St
Suite 130
Miami, FL 33172


Carter-McLeod Paper & Packaging Co
Attn: Pres, GP or Mang Membr
136 Wayside Avenue
West Springfield, MA 01089-1318


Cassandra M. Davis
Attn: Pres., GP., or Mng. Mbr.
21 Warbler Lane
Durham, NC 27712


Cecilia A. Howe
Attn: Pres., GP., or Mng. Mbr.
2001 Oak Creek Rd Apt A 108
River Ridge, LA 70123


Central Scale Company
Attn: Pres., GP., or Mng. Mbr.
2027 Elmwood Ave
P.O. Box 8886
Warwick, RI 02888-2403

Centrotrade Rubber USA, Inc.
Attn: Pres, GP or Mang Membr
676 Independance Parkway
Ste 110
Chesapeake, VA 23320


Chad McCullough
Attn: Pres., GP., or Mng. Mbr.
226 Lois Drive
Battle Creek, MI 49015


Chad Rowen
Attn: Pres., GP., or Mng. Mbr.
3401 N. Navajo Drive
Prescott Valley, AZ 86314


Charles A. Alegi Jr.
dba CMA Carpentry
Attn: Pres., GP., or Mng. Mbr.
269  Wooster Street
Naugatuck, CT 06770


Charles Albritton Roberts
Attn: Pres., GP., or Mng. Mbr.
7610 Lunar Drive
Austin, TX 78745


Charles F Thomas Jr
Attn: Pres., GP., or Mng. Mbr.
1808 Springwater Way
Lithonia, GA 30058


Charles James De Vito
Attn: Pres., GP., or Mng. Mbr.
5807 Topanga Cyn Blvd A304
Woodland Hills, CA 91367


Charles M Appel
Attn: Pres., GP., or Mng. Mbr.
6470 Dawson Blvd
Nacross, GA 30093


Charter Oak Building Mainten.
Attn: Pres, GP or Mang Membr
Po Box 257
Cromwell, CT 06416

Chase Lefort
Attn: Pres., GP., or Mng. Mbr.
17701 Sumalake Drive
Apt A103
Livingston, LA 70754

Christina Marie Amato
Attn: Pres., GP., or Mng. Mbr.
8550 W Charlston Blvd
Ste 102-277
Las Vegas, NV 89117

Christopher James Manor
Attn: Pres., GP., or Mng. Mbr.
221 Irving Way
Durham, NC 27703

Christopher Podgorski
Attn: Pres., GP., or Mng. Mbr.
9405 Crescent Loop Circle #202
Tampa, FL 33619

CIGNA HealthCare
Attn: Pres., GP., or Mng. Mbr.
PO Box 13701
Philadelphia, PA 19101-3701

CIGNA HealthCare
Attn: Pres, GP or Mang Membr
140 East 45th Street
38th Floor
New York, NY 10017

City of Shelton
Attn: Pres., GP., or Mng. Mbr.
54 Hill Street
PO Box 273
Shelton, CT 06484

Clarke Brothers Packaging, LLC
Attn: Pres, GP or Mang Membr
125 Old Gate Lane
Milford, CT 06460

Clay Walton Rea
dba Riverside Furniture
Attn: Pres., GP., or Mng. Mbr.
1580 Greensboro Road
Martinsville, VA 24112

Clearwater Industries
Attn: Pres, GP or Mang Membr
415 Bridgeport Avenue
Shelton, CT 06484

Coastal Mechanical Services
Attn: Pres., GP., or Mng. Mbr.
40 Hathway Drive
Stratford, CT 06615

COFACE North America Ins., Co.
Attn: Pres., GP., or Mng. Mbr.
Lockbox 10116
PO Box 70280
Uniondale, NJ 11555

CohnReznick, LLP
Attn: Pres., GP., or Mng. Mbr.
350 Church Street
Hartford, CT 06103-1136

Coils Express
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 600
Branford, CT 06405-0600

Collins Pipe & Supply Co.
Attn: Pres., GP., or Mng. Mbr.
PO Box 1053
East Windsor, CT 06088

Colonial LLC
Attn: Pres., GP., or Mng. Mbr.
PO Box 148
536 Townsend Avenue
High Point, NC 27261

Colorado Business Bank
Attn: Pres., GP., or Mng. Mbr.
15710 W Colfax Ave
Golden, CO 80401

Comcast
Attn: Pres, GP or Mang Membr
P.O. Box 70219
Philidelphia, PA 19176-0219


Comely Int'l Trading Inc.
Attn: Pres., GP., or Mng. Mbr.
303 Fifth Avenue, Ste 1903
New York, NY 10016


Commisioner of Revenue Service
Department of Revenue Services
Attn: Pres., GP., or Mng. Mbr.
PO Box 5089
Hartford, CT 06102-5089


Commissioner of Revenue Services
Dept. of Revenue Services
Attn: Pres., GP., or Mng. Mbr.
PO Box 2936
Hartford, CT 06104-2936


Commonwealth of Massachusetts
Dept of Public Health, Div of Food
Attn: Pres., GP., or Mng. Mbr.
305 South Street
Jamaica Plain, MA 02130


Commonwealth of Virginia
Department of Health
Attn: Pres., GP., or Mng. Mbr.
Richmond, VA 23219


Compliance Professionals, Inc.
Attn: Pres, GP or Mang Membr
23 Brinton Hill Road
Falls Village, CT 06031


Comptroller of Maryland
Revenue Administrations Div.
Attn: Pres., GP., or Mng. Mbr.
110 Carroll Street
Annapolis, MD 21411-0001

```
Comptroller of Public Accounts
Attn: Pres., GP., or Mng. Mbr.
PO Box 149348
Austin, TX 78714-9348


Concentra Medical Centers
Attn: Pres., GP., or Mng. Mbr.
PO Box 20220
Cranston, RI 02920-0942


Continental Marketing Inc
Attn: Pres, GP or Mang Membr
18175 SW 100th Court
Tualatin, OR 97062


Copiers Plus Worldwide, LLC
Attn: Pres., GP., or Mng. Mbr.
7365 Main Street #122
Stratford, CT 06614


Corporation Service Company
Attn: Pres., GP., or Mng. Mbr.
PO Box 13397
Philadelphia, PA 19101-3397


Cox Business
Attn: Pres., GP., or Mng. Mbr.
PO Box 53262
Phoenix, AZ 85072-3262


Craig Alan Dobson
MRD Distributing
Attn: Pres., GP., or Mng. Mbr.
6265 Midnight Pass
Siesta Key, FL 34242


Creative Financial Staffing
Attn: Pres., GP., or Mng. Mbr.
PO Box 95111
Chicago, IL 60694-5111


Cryogenic Experts, Inc.
Acme Cryogenics
Attn: Pres., GP., or Mng. Mbr.
2801 Mitchell Ave
Allentown, PA 18103
```

```
Crystal Rock Water Co., Inc.
Attn: Pres, GP or Mang Membr
P.O. Box 660579
Dallas, TX 75266-0579


CT - Bureau of Elevato
Attn: Pres., GP., or Mng. Mbr.
450 Columbus Blvf - Suite 1303
Hartford, CT 06103


CT Emergency Medicine Spec.
Attn: Pres., GP., or Mng. Mbr.
PO Box 2699, Dept 200
Hartford, CT 06146-2699


Cushman & Wakefield, Inc
107 Elm Street
Four Stamford Plaza, 8th
Attn: Pres., GP., or Mng. Mbr.
Stamford, CT 06902-3851


D&B-Dun & Bradstreet, Inc.
Attn: Pres., GP., or Mng. Mbr.
75 Remittance Drive, Ste. 179
PO Box 75434
Chicago, IL 60675-5434


Dalton Busby
Attn: Pres., GP., or Mng. Mbr.
1704 A Constantino Cir
Austin, TX 78745


Dana Transport, Inc.
Attn: Pres, GP or Mang Membr
P.O. Box 74286
Cleveland, OH 07001


Danley Mechanical Contractors, Inc.
Attn: Pres, GP or Mang Membr
143 Rock Lane
Milford, CT 06460


Dave Maloney
Attn: Pres., GP., or Mng. Mbr.
510 Rosemont Ave
Canton, GA 30115
```

David Brown dbd Dave's Bug Pro
Attn: Pres., GP., or Mng. Mbr.
PO Box 9486
Wichita Falls, TX 76308


DCJ, LLC - Aztec Office
Attn: Pres., GP., or Mng. Mbr.
PO Box 93
Brattleboro, VT 05302-0093


DE - Secretary of State
Division of Corporations
Attn: Pres., GP., or Mng. Mbr.
PO Box 5509
Binghamton, NY 13902-5509


Deltacom Corporation
Attn: Pres., GP., or Mng. Mbr.
11A Old Bradley Street
East Haven, CT 06512-2344


Department of Business Reg.
Div of Commercial Licensing
Attn: Pres., GP., or Mng. Mbr.
1511 Pontiac Ave., Bldg. 69-1
Cranston, RI 02920


Department of Revenue
Attn: Pres., GP., or Mng. Mbr.
PO BOX 751
Baton Rouge, LA 70821-0751


Department of the Treasury
Internal Revenue Service
Attn: Pres., GP., or Mng. Mbr.
Ogden, UT 8421-0009


Dept of Economic & Comm Dev.
Finance Division, State of CT
Attn: Pres., GP., or Mng. Mbr.
505 Hudson Street
Hartford, CT 06106-7107


Dept of Revenue Services
Attn: Pres., GP., or Mng. Mbr.
25 Sigourney Street
Hartford, CT 06106

Dept of Revenue Svcs
State of Connecticut
Attn: Pres., GP., or Mng. Mbr.
PO Box 2936
Hartford, CT 06104-2936


Dept of Revenue Svcs
Attn: Pres., GP., or Mng. Mbr.
PO Box 2936
Hartford, CT 06104-2965


Dept. of Agriculture and Food
Attn: Pres., GP., or Mng. Mbr.
PO Box 146500
Satl Lake City, UT 84114-6500


Dept. of Consumer Protection
Attn: Pres., GP., or Mng. Mbr.
165 Capitol Avenue
Hartford, CT 06106


Derby Freightlines LLC
Attn: Pres., GP., or Mng. Mbr.
169 Derby Avenue
Derby, CT 06418


DeWolf Chemical, LLC.
Attn: Pres, GP or Mang Membr
PO Box 842472
Boston, MA 02284-2472


Dietz Electric Co Inc
Attn: Pres., GP., or Mng. Mbr.
4329 W Lincoln Ave
Milwaukee, WI 53219


DIM Rosenheim
Attn: Pres., GP., or Mng. Mbr.
Hochschulstrade 1
Rosenheim, .. 83024


Direct Energy Business
Attn: Pres., GP., or Mng. Mbr.
PO Box 32179
New York, NY 10087-2179

```
DIRECTV
Attn: Pres, GP or Mang Membr
DirectTV
PO Box 5006
Carol Stream, IL 60197-5006


Dittman & Greer, Inc.
Attn: Pres, GP or Mang Membr
PO Box 1170
Garden City Park, NY 11040


Diversified Employment Svs.
Attn: Pres., GP., or Mng. Mbr.
270 Amity Road
Suite 224
Woodbridge, CT 06525


Diversified Pump & Compressor
Attn: Pres., GP., or Mng. Mbr.
24 Commercial Drive
Brentwood, NH 03833


Diversified Testing Lab.
Attn: Pres., GP., or Mng. Mbr.
336 West Front Street
PO Box 4004
Burlington, NC 27215


Donald A Marzcuff
Attn: Pres., GP., or Mng. Mbr.
1200 St James Place
Loganville, GA 30052


Donald D Rutledge
dba Rutledge Plumbing
Attn: Pres., GP., or Mng. Mbr.
1120 Sheppard Rd.
Burkburnett, TX 76354


Donald Guthrie Foundation
Attn: Pres., GP., or Mng. Mbr.
1 Guthrie Square
Sayre, PA 18840
```

DXP Enterprise Inc
Attn: Pres., GP., or Mng. Mbr.
PO Box 201791
Dallas, TX 75320-1791


E&E Bedding/Spring Air
Attn: Pres., GP., or Mng. Mbr.
124 Second Street
Chelsea, MA 02150


E.J. Schrader Co., Inc.
Attn: Pres., GP., or Mng. Mbr.
6601 Norton Avenue
West Palm Beach, FL 33405


E.T. Oakes Corp
686 Old Willets PathAttn: Pres
686 Old Willets Path
Hauppauge, NY 11788-4102


Eagle Elevator Company, Inc.
Attn: Pres, GP or Mang Membr
176 Norfolk Avenue
Boston, MA 02119


Eagle Leasing Company
Attn: Pres, GP or Mang Membr
P.O. Box 923
Orange, CT 06477


Eagle Rivit Roof Service Corp.
Attn: Pres., GP., or Mng. Mbr.
15 Britton Drive
Bloomfield, CT 06002


Echo Hose Ambulance Inc
Attn: Pres., GP., or Mng. Mbr.
PO Box 213
Shelton, CT 06484


ECO-Institute GmbH
Attn: Pres., GP., or Mng. Mbr.
Sachsenring 69
50677 Koln, .. 50677

Edgar M. Montanile
Attn: Pres., GP., or Mng. Mbr.
27045 Falcon CT # 202
Wesley Chapel, FL 33544


Edge-Sweets Company
Attn: Pres., GP., or Mng. Mbr.
2887 Three Mile Road, NW
Grand Rapids, MI 49534-1386


Edgerton Inc
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 304
786 Main St
Monroe, CT 06468-0304


Edward Delaney
Attn: Pres., GP., or Mng. Mbr.
1204 S 5th Ave
Kelso, WA 98626


Element Materials Technology
Attn: Pres., GP., or Mng. Mbr.
662 Cromwell Ave
St Paul, MN 55114


ELFA International
Attn: Pres., GP., or Mng. Mbr.
131 West 35th St
3rd Floor
New York, NY 10001


Elm City Capital, LLC
Attn: Pres., GP., or Mng. Mbr.
35 Philmack Drive
Middletown, CT 06457


Employer's Reference Source
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 7019
Prospect, CT 06712


Encapsys, LLC
Attn: Pres., GP., or Mng. Mbr.
PO Box 419195
Boston, MA 02241

EntIT Software LLC
Attn: Pres., GP., or Mng. Mbr.
PO Box 8374
Pasadena, CA 91109-8374


Entrepreneur Growth Capital
Attn: Pres., GP., or Mng. Mbr.
505 Park Avenue, 6th Floor
New York, NY 10022


Entrepreneur Growth Capital
Attn: Pres., GP., or Mng. Mbr.
505 Park Avenue
New York, NY 10022


Eraldo L Maglara Jr.
Attn: Pres., GP., or Mng. Mbr.
102 Chardon Ct
Morganville, NJ 07751


Eric L. Huber
Attn: Pres., GP., or Mng. Mbr.
17204 Viking Way NW
Poulsbo, WA 98370


Eriez Manufacturing Co.
Attn: Pres., GP., or Mng. Mbr.
2200 Asbury Rd.
Erie, PA 16506


Esco, Inc.
Attn: Pres., GP., or Mng. Mbr.
315 Burr Road
Cornish, NH 03745


Eugene Christopher Clark
Attn: Pres., GP., or Mng. Mbr.
12063 Citrus Falls Circle  #30
Tampa, FL 33625


Eugene R Gasparri
Gasparri Construction LLC
Attn: Pres., GP., or Mng. Mbr.
1 Red Fox Run
Wolcott, CT 06716

Evans Enterprises, Inc.
Attn: Pres., GP., or Mng. Mbr.
2707 Cenral Freeway East
PO Box 1088
Norman, OK 73070


Eversource
Attn: Pres., GP., or Mng. Mbr.
PO Box 650034
Dallas, TX 75265-0034


Evoque Data Center Solutions
Attn: Pres, GP or Mang Membr
P.O. Box 9005
Carol Stream, IL 60197-9005


Express Services, Inc.
Attn: Pres, GP or Mang Membr
P.O. Box 203901
Dallas, TX 75320-3901


F.W. Webb Company
Attn: Pres., GP., or Mng. Mbr.
160 Middlesex Turnpike
Bedford, MA 01730


Fabrizio and Associates Inc
Attn: Pres., GP., or Mng. Mbr.
3801 Chanticleer Ct
Tallahassee, FL 32311


Farrell Design Communications
Attn: Pres., GP., or Mng. Mbr.
456 Judd Road
Southbury, CT 06488


Fecken-Kirfel America, Inc
Attn: Pres., GP., or Mng. Mbr.
6 Leighton Place
Mahwah, NJ 07430-3119


FedEx
Attn: Pres., GP., or Mng. Mbr.
PO Box 371461
Pittsburgh, PA 15250-7461

FedEx
Attn: Pres., GP., or Mng. Mbr.
PO Box 223125
Pittsburgh, PA 15251-2125


FedEx Freight
Attn: Pres., GP., or Mng. Mbr.
PO Box 223125
Pittsburgh, PA 15251-2125


Fidelity Investments Inst.
Attn: Pres., GP., or Mng. Mbr.
PO Box 73307
Chicago, IL 60673-7307


Fifth Third Bank
Attn: Pres., GP., or Mng. Mbr.
38 Fountain Square Plaza
Cincinnati, OH 45263


Fifth Third Bank-Credit Card
Attn: Pres, GP or Mang Membr
P.O. Box 740523
Cincinnati, OH 45274-0523


Fillmatic Polsterindustrie
Maschinen Gmb
Attn: Pres., GP., or Mng. Mbr.
Rudolf-Diesel-Str. 22
D-68169 MANNHEIM, .. D-68169


Fire Protection Alarms, Inc.
Attn: Pres., GP., or Mng. Mbr.
1701 Highland Ave #4
Chesire, CT 06401


Fire Protection Testing, Inc.
Attn: Pres, GP or Mang Membr
1701 Highland Ave #4
Chesire, CT 06401


First Bank
Attn: Pres., GP., or Mng. Mbr.
4110 Kell Blvd.
Wichita Falls, TX 76309

First Insurance Funding Corp.
Attn: Pres., GP., or Mng. Mbr.
450 Skokie Blvd., Suite 100
P.O. Box 7000
Carol Stream, IL 60197-7000


Fleischmann's Vinegar Company
Attn: Pres., GP., or Mng. Mbr.
12604 Hiddencreek Way, Ste A
Cerritos, CA 90703


Florida Department of Revenue
Attn: Pres., GP., or Mng. Mbr.
5050 W. Tennessee St.
Tallahassee, FL 32399-0128


Forbo Siegling LLC
Attn: Pres., GP., or Mng. Mbr.
PO Box 60943
Charlotte, NC 28260


Forster Precision Tool LLC
Attn: Pres., GP., or Mng. Mbr.
591 North Main Street
Seymour, CT 06483


Fracht FWO Inc
Attn: Pres, GP or Mang Membr
Attn: A/R
16701 Greenspoint Park Dr, Ste 300
Houston, TX 77060


Franchise Tax Board
State of California
Attn: Pres., GP., or Mng. Mbr.
P O Box 2952
Sacramento, CA 95812-2952


Frank's Vacuum Truck Service, Inc.
Attn: Pres, GP or Mang Membr
P.O. Box 8000
Dept No. 241
Niagara Falls, NY 14267

```
FreightSaver LLC
Attn: Pres., GP., or Mng. Mbr.
PO Box 682909
Franklin, TN 37068-2909


Friends of 2GHG
Attn: Pres., GP., or Mng. Mbr.
4 Wildlife Drive
Newtown, CT 06470


Frontier Communications
Attn: Pres, GP or Mang Membr
P.O. Box 740407
Cincinati, OH 45274-0407


FT Media Holdings, LLC
Progressive Business Media
Attn: Pres., GP., or Mng. Mbr.
PO Box 602941
Charlotte, NC 28260-2941


Furniture Manufacturing Credit
Attn: Pres., GP., or Mng. Mbr.
PO Box 5929
Highpoint, NC 27262


Furniture Marketing Group
Attn: Pres., GP., or Mng. Mbr.
PO Box  2582
High Point, NC 27261-2582


Furniture Today
Attn: Pres., GP., or Mng. Mbr.
PO Box 16659
North Hollywood, CA 91615-9634


Fuss & O'Neill Inc.
Attn: Pres., GP., or Mng. Mbr.
146 Hartford Rd
Manchester, CT 06040-5921


G.F. Studio Inc
Attn: Pres., GP., or Mng. Mbr.
540 Ravine Court
Wyckoff, NJ 07481
```

GA Department of Revenue
Attn: Pres., GP., or Mng. Mbr.
Processing Center
PO Box 740239
Atlanta, GA 30374-0239

General Air Products, Inc
Attn: Pres., GP., or Mng. Mbr.
PO Box 1387
West Chester, PA 19380-0028

Geoffrey G. Smith
Attn: Pres., GP., or Mng. Mbr.
13323 Blinn Street
San Antonio, TX 78249

Glenn Haber
Attn: Pres., GP., or Mng. Mbr.
7501 142nd Avenue N #446
Largo, FL 33771

Global Pallet Solutions, LLC
Attn: Pres, GP or Mang Membr
271 John Downey Drive
New Britain, CT 06051

Goodyear Tire & Rubber Co.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 100605
Atlanta, GA 30384-0605

GR Engineering LLC
Attn: Pres., GP., or Mng. Mbr.
26 Manchester Heights
Winsted, CT 06098

Graphic Visions Unlimited Inc
Attn: Pres., GP., or Mng. Mbr.
800 Port 14 Place
Atlanta, GA 30349

Great American Group Advisory
Attn: Pres., GP., or Mng. Mbr.
21255 Burbank Blvd, Suite 400
Woodland Hills, CA 91367

Greater Valley Chamber of Com.
Attn: Pres., GP., or Mng. Mbr.
10 Progress Drive
2nd Floor
Shelton, CT 06484


Gregory Berry
Attn: Pres., GP., or Mng. Mbr.
PO Box 171
Union, ME 04862


Griffin Hospital Business Office
Attn: Pres., GP., or Mng. Mbr.
130 Division Street
Derby, CT 06418-2398


GS1 US, Inc.
Attn: Pres., GP., or Mng. Mbr.
Dept. 781271
PO Box 78000
Detroit, MI 48278-1271


Halloran & Sage LLP
Attn: Pres., GP., or Mng. Mbr.
225 Asylum Street
Hartford, CT 06103


Hamilton Connections Inc
Attn: Pres, GP or Mang Membr
1602 Main Street
East Hartford, CT 06108


Hand Held Products, Inc
Attn: Pres, GP or Mang Membr
62408 Collections Center Dr
Chicago, IL 60693-0624


Hanes Engineered Materials
Attn: Pres, GP or Mang Membr
PO Box 60984
Charlotte, NC 28260


Hapag-Lloyd (America) Inc.
Attn: Pres., GP., or Mng. Mbr.
5515 Spalding Drive
Peachtree Corners, GA 30092

Happy International Corp
Attn: Pres., GP., or Mng. Mbr.
147-48 175th Street
Jamaica, NY 11434


Heritage-Crystal Clean, Inc.
Attn: Pres., GP., or Mng. Mbr.
13621 Collections Center Drive
Chicago, IL 60693-0136


Herve Nyange-Mwamba
Attn: Pres., GP., or Mng. Mbr.
51 City Hill Street
1st Floor
Naugatuck, CT 06770


HESCO, Inc.
Attn: Pres., GP., or Mng. Mbr.
30 Inwood Road, Suite One
Rocky HIll, CT 06067-3438


Hickory Springs Manufacturing
Attn: Pres., GP., or Mng. Mbr.
PO Box 603319
Charlotte, NC 28260-3319


Hinckley, Allen & Snyder LLP
Attn: Pres., GP., or Mng. Mbr.
100 Westminster St, Ste 1500
Providence, RI 02903-2319


Hisco Pump  Inc.
Attn: Pres., GP., or Mng. Mbr.
4 Mosey Drive
Bloomfield, CT 06002


Home Depot Credit Services
Attn: Pres., GP., or Mng. Mbr.
Dept 32-2500554328
P.O. Box 78047
Phoenix, AZ 85062-8047


HorstCraft Millworks, LLC
Attn: Pres., GP., or Mng. Mbr.
272 Mill Road
Richfield, PA 17086

Houghton Chemical Corp
Attn: Pres., GP., or Mng. Mbr.
52 Cambridge St
PO Box 307
Allston, MA 02134


Hugh B. Swainbank
Attn: Pres., GP., or Mng. Mbr.
31 White Oak Rd
Woodbury, CT 06798


Humongous Media, Inc
Attn: Pres., GP., or Mng. Mbr.
PO Box 196
Lexington, MA 02420


Hybrid Media Services LLC
Attn: Pres., GP., or Mng. Mbr.
357 Main Street
2nd Floor
Armonk, NY 10504


Hydrosil International Limited
Attn: Pres., GP., or Mng. Mbr.
125 Prairie Lake Rd
East Dundee, IL 60118-9126


HYG Financial Services Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. BOX 14545
Des Moines, IA 50306-3545


Hyperbolous, LLC
Attn: Pres., GP., or Mng. Mbr.
420 Lexington Avenue
Suite 2440
New York, NY 10170


Ian Morrison
Attn: Pres., GP., or Mng. Mbr.
6 Sherry Rd
So Burlington, VT 05403


IFM Efector Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 8538-307
Philadelphia, PA 19717-0307

IFS (NY), Inc
Attn: Pres., GP., or Mng. Mbr.
147-32 Farmers Blvd, 2nd Fl
Janaica, NY 11434


Illinois Sleep Products, Inc
Attn: Pres, GP or Mang Membr
3535 W. 47th Street
Chicago, IL 60632


Indiana Department of Revenue
Attn: Pres., GP., or Mng. Mbr.
PO Box 7226
Indianapolis, IN 46207-7226


Industrial Components of CT
Attn: Pres., GP., or Mng. Mbr.
PO Box 605
Botsford, CT 06404-0605


Industrial Hydraulic Service
Attn: Pres., GP., or Mng. Mbr.
165 Dodge Avenue
Stratford, CT 06615


Industrial Sales and Distribution
Attn: Pres, GP or Mang Membr
PO Box 394
Westerly, RI 02891


Industrial Steel & Boiler Services
Attn: Pres., GP., or Mng. Mbr.
939 Chicopee Street
Suite 2
Chicopee, MA 01013


Infinity Yarn Company LLC
Attn: Pres., GP., or Mng. Mbr.
1530 Kirkpatrick Road
Burlington, NC 27215


Info-Power International, Inc.
Attn: Pres., GP., or Mng. Mbr.
3345 Silverstone Drive
Suite B
Plano, TX 75023

Ingrid Prueher
Ingrid Baby Sleep Whisperer
Attn: Pres., GP., or Mng. Mbr.
66 Baver Brook Lane
Fairfield, CT 06825


Ink Publishing Corporation
Attn: Pres., GP., or Mng. Mbr.
800 South Douglas Rd
Suite 250
Coral Gables, FL 33134


Interface Advanced Forced
Attn: Pres., GP., or Mng. Mbr.
7401 East Butherus Dr
Scottsdale, AZ 85260


Internal Revenue Service
Attn: Pres., GP., or Mng. Mbr.
Cincinnati, OH 45999-0045


International Sleep Products
Attn: Pres, GP or Mang Membr
501 Wythe Street
Alexandria, VA 22314-1917


iQuest, Inc.
Attn: Pres, GP or Mang Membr
11602 Perpetual Drive
Odessa, FL 33556


Iron Mountain Inc
c/o Autonomy
Attn: Pres., GP., or Mng. Mbr.
PO Box 8374
Pasadena, CA 91109-8374


Ironwood Bed Frames & Mattress
Attn: Pres., GP., or Mng. Mbr.
3416 West Flower Street
Phoenix, AZ 85017


ISPA Publications
Attn: Pres., GP., or Mng. Mbr.
501 Wythe Street
Alexandria, VA 22314-1917

J. Smith Lanier & Co.
Attn: Pres., GP., or Mng. Mbr.
PO Box 16965
Atlanta, GA 30321-6965


James Caprio
dba Jim's Ice Cream
Attn: Pres., GP., or Mng. Mbr.
388 North Main Street
Seymour, CT 06483


James Grantham
Attn: Pres., GP., or Mng. Mbr.
10632 Hermosa Dr
Dallas, TX 75218


James R. O'Harrow
Attn: Pres., GP., or Mng. Mbr.
13983 Royal Melbourne Sq.
San Diego, CA 92128


James Schreiber
Attn: Pres., GP., or Mng. Mbr.
2713 Orchard Home Drive
Medford, OR 97501


James V. McTevia Consulting
Attn: Pres., GP., or Mng. Mbr.
2401 PGA Boulevard
Suite 196
Palm Beach Gardens, FL 33410


James V. Siragusa
Attn: Pres, GP or Mang Membr
Stratagem Consulting, LLC
182 W. Lakeview Drive NE
Milledgeville, GA 31061


Jamie Feldkamp
Attn: Pres., GP., or Mng. Mbr.
120 Caryl Way #120
Oldsmar, FL 34677


Jane Creative Inc
Attn: Pres., GP., or Mng. Mbr.
108 W, 39th Street, Ste 1200
New York, NY 10018

Janet Speranza-Moran
Attn: Pres., GP., or Mng. Mbr.
120 Leighton Street
Bangor, ME 04412


Janis O'Kelley
Attn: Pres., GP., or Mng. Mbr.
PO Box 64
Garrison, TX 75946


Jason L. Pauley
Attn: Pres., GP., or Mng. Mbr.
65 Dewdrop Ln
Waldoboro, ME 04572


Jason W. Smith dba TIS Ansonia
Attn: Pres, GP or Mang Membr
30 Maple Street
Ansonia, CT 06401-1230


Jason Wyrick Leonard
Attn: Pres., GP., or Mng. Mbr.
1971 Sloop Point Loop Road
Hampstead, NC 28443


Jeff Scheuer
Attn: Pres., GP., or Mng. Mbr.
51260 Van Dyke Ave.
Shelby Township, MI 48316


Jeffco Fibres, Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 816
Webster, MA 01570


Jeffrey Cobb
Attn: Pres., GP., or Mng. Mbr.
3 Canteberi Court
Asheville, NC 28806


Jennifer Costa
Attn: Pres., GP., or Mng. Mbr.
510 River Rd
Shelton, CT 06484

Jess Larson
Attn: Pres., GP., or Mng. Mbr.
4313 NE 136th Ave
Vancouver, WA 98682


JJS Global Ventures Inc
Attn: Pres., GP., or Mng. Mbr.
1900 E. Golf Rd. Ste 950
Schaumburg, IL 60173


Joe David Morris
Attn: Pres, GP or Mang Membr
A-1 Fire Extinguisher Company
PO Box 4818
Wichita Falls, TX 76308


Joel Jalbert
Attn: Pres., GP., or Mng. Mbr.
1917 Sixty Oaks Lane
Vero Beach, FL 32966


John Joseph Overbeck
Attn: Pres., GP., or Mng. Mbr.
5547 Raymond Way
Zephyrhills, FL 33541


John Lewis Crain
Attn: Pres., GP., or Mng. Mbr.
14408 SE 8th Street
Van Couver, WA 98633


John Matthew Reifsnider
Attn: Pres., GP., or Mng. Mbr.
8301 Royal Sand Cir, Apt 209
Tampa, FL 33615


John Morris
Attn: Pres., GP., or Mng. Mbr.
PO Box 814
La Center, WA 98629


John P. Pitts
Attn: Pres., GP., or Mng. Mbr.
4550 Glissade Drive
New Port Richey, FL 34652

John Schindler
Attn: Pres., GP., or Mng. Mbr.
416 Elbridge Drive
Raleigh, NC 27603


John T Kurilla
JKK Associates
Attn: Pres., GP., or Mng. Mbr.
1 Lewis Drive
Madison, NJ 07940


Jonathan Pleasants
Attn: Pres., GP., or Mng. Mbr.
400 Meghan Court
Apt 11
Acworth, GA 30102


Jose Botello
Attn: Pres., GP., or Mng. Mbr.
1530 Park Newport
Newport Beach, CA 92660


Jose Espinoza
dba J and J Pallets
Attn: Pres., GP., or Mng. Mbr.
116 Coram Avenue
Shelton, CT 06484


Joshua A. Teunis
Attn: Pres., GP., or Mng. Mbr.
1318 Indian Trail South
Palm HArbor, FL 34683


Jozsef Hajdu
Attn: Pres., GP., or Mng. Mbr.
1719 Split Fork Drive
Oldsmar, FL 34677


Judy Maloney
Attn: Pres., GP., or Mng. Mbr.
5193 Hickory Bend Terrace
Woodstock, GA 30188

Julia Stambules
Attn: Pres, GP or Mang Membr
JS Public Relations LLC
95 Lincoln Ave
Tuckahoe, NY 10707


Katharine Gallo
Daydream Communications, LLC
Attn: Pres., GP., or Mng. Mbr.
4 Overlook Road
Norwalk, CT 06851


Kathryn Magee
Attn: Pres., GP., or Mng. Mbr.
507 Yale Place
Bossier City, LA 71111


Keith E. Fickenwirth
Attn: Pres., GP., or Mng. Mbr.
1500 Dittmer Cir SE
Palm Bay, FL 32909


Kennedy Gustafson and Cole
Attn: Pres., GP., or Mng. Mbr
100 White Oak Drive
Berlin, CT 06037


Kentucky State Treasurer
Department of Revenue
Attn: Pres., GP., or Mng. Mbr.
1050 US-127 #100
Frankfort, KY 40620-0021


Kenzie & Company LLC
Attn: Pres, GP or Mang Membr
6161 Oak Tree Blvs, Ste 300
Independance, OH 44131


Keystone Foam Corp
Attn: Pres, GP or Mang Membr
PO Box 355
Loyalhanna, PA 15661


Kismet Rubber Products Corp.
Attn: Pres., GP., or Mng. Mbr.
49 Ackerman Street
Bloomfield, NJ 07003

KM Media Group LLC
DBA Kay Printing
Attn: Pres., GP., or Mng. Mbr.
220 Entin Rd
Clifton, NB 07014

Knights of Columbus Council #1350
Attn: Pres., GP., or Mng. Mbr.
18 Bruce Drive
Shelton, CT 06484

Kore Insurance Holdings, LLC.
Attn: Pres., GP., or Mng. Mbr.
354 Eisenhower Parkway
Livingston, NJ 07039

Krayden, Inc
Attn: Pres., GP., or Mng. Mbr.
1491 West 124th Ave
Denver, CO 80234

Kuehne & Nagel Inc.
Attn: Pres., GP., or Mng. Mbr.
10 Exchanhe Place CHB#4455
Ocean Export
Jersey City, NJ 07302

Kurtis Myers
Attn: Pres., GP., or Mng. Mbr.
624 E Route 66
Flagstaff, AZ 86001

L-Tron Corporation
Attn: Pres., GP., or Mng. Mbr.
7911 Lehigh Crossing, Suite 6
Victor, NY 14564

Landaal Packaging Systems
Attn: Pres., GP., or Mng. Mbr.
3256 B Iron Street
Burton, MI 48529

Latex Foam Assets Acquistion
510 River Road
Shelton, CT 06484

Latex Foam Intern. Holdings
510 River Road
Shelton, CT 06484


Latex Foam International
Holdings, LLC


Latex Foam International LT
c/o McTevia & Associates
Attn: Pres., GP., or Mng. Mbr.
30150 Telegraph Road, Ste.155
Bingham Farms, MI 48025


Lawrence Aleksandrich
Attn: Pres., GP., or Mng. Mbr.
33 Monroe Avenue
Carteret, NJ 07008


Leadership Strategies, Inc
Attn: Pres., GP., or Mng. Mbr.
211 Perimeter Center Parkway
Ste 325
Atlanta, GA 30346


Lebanon Apparel Corporation
Attn: Pres, GP or Mang Membr
70 Thornhill Drive
Lebanon, VA 24266


Lee's Mattress Inc
DBA HB Mattress Store
Attn: Pres., GP., or Mng. Mbr.
19431 Beach Blvd
Huntington, CA 92648


Les Tricots Maxime Inc.
Attn: Pres., GP., or Mng. Mbr.
828 rue Deslauriers
Montreal, QC H4N 1X1


Liberty Mutual Insurance
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 1449
New York, NY 10116-1449

Linda Nowicki Clarke
Attn: Pres., GP., or Mng. Mbr.
80 Buckfield Lane
Greenwich, CT 06831


Livingston International, Inc
Attn: Pres., GP., or Mng. Mbr.
PO Box 950
Buffalo, NY 14213


Lori T. Marcus
Attn: Pres, GP or Mang Membr
Courtyard Connections, LLC
17 Village DR
New Canaan, CT 06840


Loureiro Engineering Assoc.
Attn: Pres., GP., or Mng. Mbr.
100 Northwest Drive
Plainville, CT 06062


Lustersheen Distributing, LLC
Attn: Pres., GP., or Mng. Mbr.
220 South Main Street
Auburn, ME 04210


Lyon Mercantile Group Ltd.
Attn: Pres., GP., or Mng. Mbr.
7924 W. Sahara Avenue
Las Vegas, NV 89117


MA - Department of Revenue
Attn: Pres., GP., or Mng. Mbr.
PO Box 7089
Boston, MA 02204-7089


Machine Builders of NE
Attn: Pres., GP., or Mng. Mbr.
33 Hull Street
Suite 6
Shelton, CT 06484


Mallard Creek Polymers, Inc
Attn: Pres., GP., or Mng. Mbr.
2800 Morehead Road
Charlotte, NC 28262

Margaret J Nanni
Attn: Pres, GP or Mang Membr
MJAN Associates LLC
141 Fox Drive
Allendale, NJ 07401


Mark Musselwhite
Attn: Pres., GP., or Mng. Mbr.
2228 Mack Bayou Road
Santa Rosa Beach, FL 32459


Mark R Brannon Jr
Attn: Pres., GP., or Mng. Mbr.
4713 West Beaumont St
Tampa, FL 33611


Marky Ortiz
Attn: Pres., GP., or Mng. Mbr.
274 S Hill Avenue
New Bramfels, TX 78130


Maryland Unemployment Ins.
Attn: Pres., GP., or Mng. Mbr.
PO Box 1844
Baltimore, MD 21203-1844


Masterman's LLP
Attn: Pres, GP or Mang Membr
P.O.Box 411
Auburn, MA 01501-0411


Matt Grzesiakowski
Attn: Pres., GP., or Mng. Mbr.
1569 Levern Street
Clearwater,, FL 33755


Matthew Arthur Norton
Attn: Pres., GP., or Mng. Mbr.
36 Nobleboro Woods Rd
Nobleboro, ME 04555


Matthew Downs
Attn: Pres., GP., or Mng. Mbr.
10975 S. Eureka Dune Dr
So Jordan, UT 84009

Matthew Felter
Attn: Pres., GP., or Mng. Mbr.
8417 N Armenia Ave Apt 822
Tampa, FL 33604


Matthew Jason Morris
Attn: Pres., GP., or Mng. Mbr.
630 24th Ave
Longview, WA 98632


Matthew Ryan Kernich
Attn: Pres., GP., or Mng. Mbr.
112 NC Highway 54
Apt. 02
Carrboro, NC 27510


Mattress Development Co.
dba Eclipse International
Attn: Pres., GP., or Mng. Mbr.
1375 Jersey Ave
North Brunswick, NJ 08902


Mattress Doctor
Attn: Pres., GP., or Mng. Mbr.
14221 Egg Ranch Road
Pekin, IL 61554


Mattress Mattress Inc
Attn: Pres., GP., or Mng. Mbr.
4712 50th Ave.
Leduc, AB T9E6Y6


Maurice Johnson
Attn: Pres., GP., or Mng. Mbr.
148 Red Bird Lane
Hampstead, NC 28443


Mayo Studios, Inc
Attn: Pres., GP., or Mng. Mbr.
32-00 Skillman Ave Floor 3
Long Island City, NY 11101


McMaster-Carr Supply Co.
Attn: Pres, GP or Mang Membr
P.O. Box 7690
Chicago, IL 60680-7690

Mega Group USA, Inc.
Attn: Pres., GP., or Mng. Mbr.
3340 Players Club Pkwy
Suite 120
Memphis, TN 38125


Mega Group USA, Inc. (Rebates)
Attn: Pres., GP., or Mng. Mbr.
3340 Players Club Pkwy
Suite 120
Memphis, TN 38125


Mega Group, Inc. (Canada)
Attn: Pres., GP., or Mng. Mbr.
720 - 1st Avenue North
Saskatoon, .. SK S7K 6R 9


Melanie R Helmick
Attn: Pres., GP., or Mng. Mbr.
412 Jones Franklin Rd
Raleigh, NC 27606


MEMIC Indemnity Company
Attn: Pres., GP., or Mng. Mbr.
PO Box 9500
Lewiston, ME 04293-9500


Meriden Cooper Corp
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 692
112 Golden St
Meriden, CT 06450-0692


Merrimac Industrial Sales Inc
Attn: Pres., GP., or Mng. Mbr.
111 Neck Rd
Haverhill, MA 01835


MFG Automation LLC
Attn: Pres., GP., or Mng. Mbr.
28 Hall Hill Road
Willington, CT 06279


Michael A. Davis
Attn: Pres., GP., or Mng. Mbr.
1501 E Bridge St
Redw0od Falls, MN 56087

Michael C. Battaglia
Mike's Mattress Inc
Attn: Pres., GP., or Mng. Mbr.
23330 Harborview Rd. Unit B
Punta Gorda, FL 33980


Michael Graham
Attn: Pres., GP., or Mng. Mbr.
38194 Summerwood Ave
Prairieville, LA 70769


Michael Houlroyd
Attn: Pres., GP., or Mng. Mbr.
14820 Jacks Pond Rd
Austin, TX 78728


Michael Joseph Peters II
Attn: Pres., GP., or Mng. Mbr.
4500 Nicholson Rd Unit E-12
Vancouver, WA 98661


Microtek Laboratories, Inc.
Attn: Pres, GP or Mang Membr
2400 East River Road
Dayton, OH 45439


Milan Fanclik
dba Milan Painting & Wallp
Attn: Pres., GP., or Mng. Mbr.
38 Knollcrest Ct
Trumbull, CT 06611


Milford Barrel Co., Inc.
Attn: Pres, GP or Mang Membr
100 Warwick St.
New Haven, CT 06513-4642


Milliken & Company
Attn: Pres., GP., or Mng. Mbr.
PO Box 780715
Philadelphia, PA 19178-0715


Mimecast North America Inc
Attn: Pres, GP or Mang Membr
Department CH 10922
Palatine, IL 60055-0922

Minuteman Press
Attn: Pres., GP., or Mng. Mbr.
42 Bridgeport Ave
Shelton, CT 06484


MITSUI SUMITOMO Insurance Co
Attn: Pres, GP or Mang Membr
15149 Collections Center Drive
Chicago, IL 60693


MJ Deli
dba Piccolo's Sunnyside Deli
Attn: Pres., GP., or Mng. Mbr.
425 River Rd
Shelton, CT 06484


MJE Creative Services LLC
Attn: Pres, GP or Mang Membr
102 Deepwater Circle
Manalapan, NJ 07726


Momtrends LLC
Attn: Pres., GP., or Mng. Mbr.
70 Washington Street #12G
Brooklyn, NY 11201


Moneco Advisors, LLC
Attn: Pres., GP., or Mng. Mbr.
2150 Post Road
Fairifield, CT 06824


Multiview, Inc.
Attn: Pres., GP., or Mng. Mbr.
PO Box 674777
Detroit, MI 48267-4777


Nathan J Klatt
dba Rockport Investment P
Attn: Pres., GP., or Mng. Mbr.
10 Sunset Drive
Weston, CT 06883


National Association of Corp.
Attn: Pres., GP., or Mng. Mbr.
2001 Pennsylvania Ave NW
Ste 500
Washington, DC 20006

National Fire Adjustment
Attn: Pres., GP., or Mng. Mbr.
1 NFA Park
Amherst, NY 14228-1187


Nationwide Marketing Group
Attn: Pres., GP., or Mng. Mbr.
110 Oakwood Drive, STE 200
Winston-Salem, NC 27103


Nauset Engineering
Attn: Pres., GP., or Mng. Mbr.
PO Box 78
Mansfield, MA 02048-0078


NC Department of Revenue
Attn: Pres., GP., or Mng. Mbr.
PO Box 25000
Raleigh, NC 27640-0520


Ned Miller Agency
Attn: Pres., GP., or Mng. Mbr.
375 Bridgeport Avenue
Shelton, CT 06484


Neil Graham
Attn: Pres., GP., or Mng. Mbr.
16209 Wishing Stone Dr
Prairieville, LA 70769


NESCO Resource LLC
Attn: Pres, GP or Mang Membr
PO Box 901372
Cleveland, OH 44190-1372


New Penn Motor Express
Attn: Pres., GP., or Mng. Mbr.
24801 Network Place
Chicago, IL 60673-1248


Nexus Design LLC
Attn: Pres., GP., or Mng. Mbr.
1 Jacks Hill Rd
Oxford, CT 06478

Nicole Morley
Attn: Pres., GP., or Mng. Mbr.
7 King Arthur Way, Apt 3
Newington, CT 06111


Nicole Young
Aminta Rose Inc
Attn: Pres., GP., or Mng. Mbr.
88 Bleecker Street #3A
New York, NY 10012


NITCO, Inc.
Attn: Pres, GP or Mang Membr
PO Box 845534
Boston, MA 02284-5534


Nortech Environmental, LLC
Attn: Pres, GP or Mang Membr
P.O.Box 803
South Windsor,, CT 06074


NYS Corporation Tax
NYS Estimated Corporation Tax
Attn: Pres., GP., or Mng. Mbr.
PO Box  4136
Binghamton, NY 13902-4136


NYS Department of State
Division of Licensing Services
Attn: Pres., GP., or Mng. Mbr.
PO Box 22001
Albany, NY 12201-2001


Oak Ridge Hauling, LLC
Attn: Pres, GP or Mang Membr
PO Box 1937
Danbury, CT 06813-1937


Oceanic State Scale & Balance
Attn: Pres., GP., or Mng. Mbr.
185 Providence Street, A106
PO Box 287
West Warwick, RI 02893

Odor Management Inc
Attn: Pres, GP or Mang Membr
Omi Industries Inc
1 Corporate Drive, Ste 100
Long Grove, IL 60047


Odor Science & Engineering
Attn: Pres., GP., or Mng. Mbr.
105 Filley Street
Bloomfield, CT 06002


OH - Dept of Taxation
Attn: Pres., GP., or Mng. Mbr.
PO Box 16678
Columbus, OH 43216-6678


OH Department of Commerce
Bedding Division
Attn: Pres., GP., or Mng. Mbr.
6606 Tussing Road PO Box 4009
Reynoldsburg, OH 43068-9009


Olga Dominguez
Attn: Pres., GP., or Mng. Mbr.
3501 Rue Nichole
New Orleans, LA 70131


Olive Brands Holdings LLC
Attn: Pres, GP or Mang Membr
15 E Putnam Ave, Ste 115
Greenwich, CT 06830


Omega Engineering, Inc
Attn: Pres., GP., or Mng. Mbr.
26904 Network Place
Chicago, IL 60673-1269


Omni Data LLC
Attn: Pres., GP., or Mng. Mbr.
4 Industry Drive Ext,, Bldg. 2
PO Box 26653
West Haven, CT 06516


Open Text Inc
Attn: Pres., GP., or Mng. Mbr.
24685 Network Place
Chicago, IL 60673-1246

Operationas Inc, LLC
Attn: Pres., GP., or Mng. Mbr.
535 Connecticut Ave
Norwalk, CT 06854


Oregon Department of Revenue
Attn: Pres., GP., or Mng. Mbr.
PO Box 14725
Salem, OR 97309-5018


Osprey Environmental Engineer
Attn: Pres, GP or Mang Membr
146 East Main St.
Clinton, CT 06413


Oxford Hill Partners, LLC
Attn: Pres., GP., or Mng. Mbr.
25900 Greenfield Rd, Ste 232
Oak Park, MI 48237


P.S. Koeppel & Associates
dba Koeppel Direct
Attn: Pres., GP., or Mng. Mbr.
16200 Dallas Parkway, Ste 270
Dallas, TX 75248


PA Dept of Labor & Industry
Attn: Pres., GP., or Mng. Mbr.
651 Boas Street
Harrisburg, PA 17121


Pace Motor Lines
Attn: Pres, GP or Mang Membr
P.O. Box 842925
Boston, MA 02284-2925


Packard Inc
Attn: Pres., GP., or Mng. Mbr.
6 Industrial Rd
PO Box 7238
Prospect, CT 06712


Pamela Taranto
Attn: Pres., GP., or Mng. Mbr.
4119 Jasper St
Metairie, LA 70802

Pampas Churrascaria Las Vegas
Attn: Pres., GP., or Mng. Mbr.
3663 S. Las Vegas Blvd #610
Las Vegas, NV 89109


Park City Valve & Fitting, Inc
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 470
Bridgeport, CT 06601


Parker Electrical Contracting
Attn: Pres., GP., or Mng. Mbr.
520 W Magnolia Ave
Iowa Park, TX 76367


Path Interactive, Inc
Attn: Pres., GP., or Mng. Mbr.
915 Broadway, Suite 501
New York, NY 10010


Paul's Landscaping Inc.
Attn: Pres, GP or Mang Membr
18 Beverly Lane
Shelton, CT 06484


Pearse-Bertram, LLC
Attn: Pres., GP., or Mng. Mbr.
PO Box 1912
Brattleboro, VT 05302-1912


Pegasus Worldwide Logistics
Attn: Pres., GP., or Mng. Mbr.
1 Civic Plaza Drive
Suite #530
Carson, CA 90745


Perpetual Machine Company
Attn: Pres., GP., or Mng. Mbr.
P O Box 741633
Atlanta, GA 30374-1633


Peterson Chemical Technology
Attn: Pres, GP or Mang Membr
PO Box 6776
4851 Regions Park Drive
Fort Smith, AR 72916

Philip Rotter
Attn: Pres., GP., or Mng. Mbr.
82-16 34th Ave Apt 2B
Jackson Heights, NY 11372


Pitney Bowes
Attn: Pres., GP., or Mng. Mbr.
PO Box 371896
Pittsburgh, PA 15250-7896


Pittman Trucking, Inc.
Attn: Pres., GP., or Mng. Mbr.
367 Powdermill Creek Rd
Newland, NC 28657


Pizzitola Electric Co. Inc.
Attn: Pres., GP., or Mng. Mbr.
29 Duval Lane
Plainville, CT 06062


PLB Holdings, LLC
510 River Road
Shelton, CT 06484


Postage by Phone
Attn: Pres., GP., or Mng. Mbr.
PO Box 856042
Louisville, KY 40285-6042


Pouschine Cook Capital Mang.
Attn: Pres, GP or Mang Membr
410 Park Ave
Suite 1710
New York, NY 10022


Power and Process Inc.
Attn: Pres., GP., or Mng. Mbr.
127 Industrial Drive
Southington, CT 06489


PowerHawke, Ltd
Attn: Pres., GP., or Mng. Mbr.
505 Main St
Farmington, CT 06032

PR Newswire Association LLC
Attn: Pres., GP., or Mng. Mbr.
GPO Box 5897
New York, NY 10087-5897


PraxAir Inc.
Attn: Pres, GP or Mang Membr
PO Box 417518
Boston, MA 02241-7518


Preferred Utilities Manu.
Attn: Pres., GP., or Mng. Mbr.
31-35 South Street
Danbury, CT 06810


Presley Public Relations
Attn: Pres., GP., or Mng. Mbr.
1211 Applewood Dr, Ste 1
Papillion, NE 68046


Pro-Ware LLC
Attn: Pres., GP., or Mng. Mbr.
3909 S. 147th Street, #134
Omaha, NE 68144-5565


Progressive Benefits Solutions
Attn: Pres., GP., or Mng. Mbr.
14 Business Park Dr, #8
Branford, CT 06405


Progressive Business Pub.
Attn: Pres., GP., or Mng. Mbr.
370 Technology Drive
PO Box 3019
Malvern, PA 19355-9790


Provident Life & Accident Ins.
Individual Business Operations
Attn: Pres., GP., or Mng. Mbr.
PO Box 740592
Atlanta, GA 30374-0592


Pure Latex Bliss, LLC
510 River Road
Shelton, CT 06484

Q P Equipment, LLC
Attn: Pres., GP., or Mng. Mbr.
15 Royal Court
Shelton, CT 06484


Q-Mation Inc
Attn: Pres., GP., or Mng. Mbr.
425 Caredean Drive
Horsham, PA 19044


Quest Diagnostics
Attn: Pres., GP., or Mng. Mbr.
PO Box 740709
Atlanta, GA 30374-0709


R & R Freight Services, LLC
Attn: Pres., GP., or Mng. Mbr.
49 Fowler Road
North Branford, CT 06471


R.B. Birge Co.
Attn: Pres, GP or Mang Membr
22 Webster St
Bridgeport, CT 06607-2300


R.L. Reed, Inc
Attn: Pres., GP., or Mng. Mbr.
4110 Flossmoor St
Las Vegas, NV 89115


Randall Joubert
Attn: Pres., GP., or Mng. Mbr.
25 Spring Drive
Nobleboro, ME 04572


Rapid Recovery
Attn: Pres., GP., or Mng. Mbr.
8932 W Cactus Rd
Peoria, AZ 85381


Rebecca Alberico
Attn: Pres., GP., or Mng. Mbr.
71 Airport Rd
Arden, NC 28704

Red River Pallet, Inc
Attn: Pres., GP., or Mng. Mbr.
9196 Peanut Road
Marietta, OK 73448


Red River Waste Management LLC
Attn: Pres., GP., or Mng. Mbr.
1505 P B Lane
Wichita Falls, TX 76302-2631


Reid & Riege PC
Attn: Pres., GP., or Mng. Mbr.
1 Financial Plz 21
Hartford, CT 06103


Reitman Personnel Services Inc
Attn: Pres., GP., or Mng. Mbr.
163 Cedar Street
Branford, CT 06405


Renato T. Pace
Attn: Pres, GP or Mang Membr
Renatos Sewing Machine LLC
2321 Silas Deane Highway
Rocky Hill, CT 06067


Renee McPeek
dba Eastern Mechanical Insu
Attn: Pres., GP., or Mng. Mbr.
70 Southworth Drive
Ashford, CT 06278


Respond Systems, Inc.
Attn: Pres., GP., or Mng. Mbr.
1275 Cromwell Avenue
Suite B-1
Rocky HIll, CT 06067


Richard Charles Senokosoff
Industrial Pressure Washers
Attn: Pres., GP., or Mng. Mbr.
942 New Britain Avenue
West Hartford, CT 06110

Richard Contrastano
Attn: Pres., GP., or Mng. Mbr.
22 Colony Rd
Canton, CT 06019


Richard T. Coffey
dba KTT Enterprises LL
Attn: Pres., GP., or Mng. Mbr.
15 Marne Street (rear)
Hamden, CT 06514-3610


Ring's End Incorporated
Attn: Pres., GP., or Mng. Mbr.
181 West Avenue
Darien, CT 06820


Riverfront Music Revival, LLC
Attn: Pres., GP., or Mng. Mbr.
338 Linwwod Ave
Fairfield, CT 06824


Robert G Relph Agency, Inc
Attn: Pres., GP., or Mng. Mbr.
22113 Fabco Road
Watertown, NY 13601


Robert J. Fabian
Attn: Pres., GP., or Mng. Mbr.
225 N. Sibley St
Metairie, LA 70003


Robert Kellenbenz
Attn: Pres., GP., or Mng. Mbr.
2915 E Martin Way
Cottonwood, AZ 86326


Robert Lewis Skinner
Attn: Pres., GP., or Mng. Mbr.
804 W Magnolia Ave
Iowa Park, IL 76367


Robert Torres
Accurate Conveyor, LLC
Attn: Pres., GP., or Mng. Mbr.
PO Box 1883
Bristol, CT 06011-1883

Robin B. Resendez
Attn: Pres., GP., or Mng. Mbr.
920 Orion Ave
Motairie, WA 70005


Robin Lee Emery
Attn: Pres., GP., or Mng. Mbr.
389 Town Farm Rd
Bucksport, ME 04416


Ross Olinski
Attn: Pres., GP., or Mng. Mbr.
178 Lockwood Lane
Bloomingdale, IL 60108


Royal Slide Sales Co., Inc.
Attn: Pres, GP or Mang Membr
42 Hepworth Place
Garfield, NJ 07026


RSM US LLP
Attn: Pres, GP or Mang Membr
5155 Paysphere Circle
Chicago, IL 60674


Ruckel Mfg. Co., Inc.
Attn: Pres, GP or Mang Membr
Brooklyn Navy Yard
63 Flushing Ave. Unit 331
Brooklyn, NY 11205


Russell Keith Winckler
Attn: Pres., GP., or Mng. Mbr.
2702 Wilderness Dr N
College Station, TX 77845


Rustys Weigh Scales & Service
Attn: Pres., GP., or Mng. Mbr.
408 North Interstate 27
Lubbock, TX 79403-3220


Ryan Davies
Attn: Pres., GP., or Mng. Mbr.
800 Laplaza Ave S
St. Petersburg, FL 33707

Ryan Prescott
Attn: Pres., GP., or Mng. Mbr.
330 E 11th St., Apt 11
New York, NY 10003


Saatva, Inc.
Attn: Pres, GP or Mang Membr
19-02 Whitestone Expwy
Ste 201
Whitestone, NY 11357


Saft, LLC
DBA The Spinrad Group
Attn: Pres., GP., or Mng. Mbr.
525 Hoffman Drive
Bryn Mawr, PA 19010


SALCO Incorporated
Attn: Pres., GP., or Mng. Mbr.
5930 Fisher Rd.
East Syracuse, NY 13057


Sandow dba Furniture Today
Attn: Pres., GP., or Mng. Mbr.
PO Box 16659
North Hollywood, CA 91615-9634


Sarah Wadle
dba First Position Media
Attn: Pres., GP., or Mng. Mbr.
31 Winthrop Hill Road
Ivoryton, CT 06442


Sarcona Management, Inc.
Attn: Pres., GP., or Mng. Mbr.
60 Jacobus Ave.
South Kearny, NJ 07032


SB Marketing Inc
Attn: Pres., GP., or Mng. Mbr.
145 East 27th Street 12P
New York, NY 10016

SBN IV LFI LLC
Summit Investment Management
Attn: Pres., GP., or Mng. Mbr.
1700 Lincoln St. Suite 2150
Denver, CO 80203


Schenker, Inc
Attn: Pres., GP., or Mng. Mbr.
PO Box 7247-7623
Philadelphia, PA 19170-7623


Sean Cormier
Attn: Pres., GP., or Mng. Mbr.
FIT, 227 West 27th Street
New York, NY 10001


Secretary of  the Commonwealth
Corporations Division
Attn: Pres., GP., or Mng. Mbr.
1 Ashburton Place, 17th Floor
Boston, MA 02108-1512


See Attached


Seena Magowitz Foundation
Attn: Pres., GP., or Mng. Mbr.
7105 E Paradise Drive
Scottsdale, AZ 85254


Selden's Interior Furnishings
Attn: Pres., GP., or Mng. Mbr.
1802 62nd Avenue E
Tacoma, WA 98424


Serta Mattress Company-Iowa
Attn: Pres., GP., or Mng. Mbr.
1 Concourse Parkway
Suite 800
Atlanta, GA 30328


Serta Mattress Company-Utah
Attn: Pres., GP., or Mng. Mbr.
1620 South Empire Road
2016 Serta Golf Classic
Salt lake City, UT 84104

Seth Michael Stern
Attn: Pres., GP., or Mng. Mbr.
2808 1/2 S Bronson Ave
Los Angeles, CA 90018


Seymour Ambulance Assoc.
Attn: Pres., GP., or Mng. Mbr.
4 Wakeley Street
Seymour, CT 06483


SGS Govmark Testing Services
Citibank
Attn: Pres., GP., or Mng. Mbr.
PO Box 2502
Carol Stream, IL 60132-2502


Shaun R. St. Germain
Attn: Pres., GP., or Mng. Mbr.
13951 Tensaw Dr
Hudson, FL 34669


Shelton Gazebo Fund
City of Shelton
Attn: Pres., GP., or Mng. Mbr.
41 Church Street
Shelton, CT 06484


Shelton Police Union, Inc.
Attn: Pres., GP., or Mng. Mbr.
PO Box 27
Shelton, CT 06484


Shelton Tax Collector
Attn: Pres., GP., or Mng. Mbr.
54 Hill Street
PO Box 273
Shelton, CT 06484


Shipmates Printmates Holdings
Attn: Pres, GP or Mang Membr
705 Corporations Park
Scotia, NY 12302

Shirley Technologies, Ltd
Attn: Pres., GP., or Mng. Mbr.
Westpoint Enterprise Park
Unit 11, Trafford Park
Manchester, M17 1QS

Shoppas Material Handling, LTD
Attn: Pres., GP., or Mng. Mbr.
PO Box 612027
Dallas, TX 75261-2027

Shred-It Connecticut Inc.
Attn: Pres., GP., or Mng. Mbr.
28883 Network Place
Chicago, IL 60673-1288

Simmons Holding LLC
Attn: Pres., GP., or Mng. Mbr.
400 Regency Drive
Glendale Heights, IL 60139

Simon G Devers
Attn: Pres., GP., or Mng. Mbr.
3556 U Street
Washougal, WA 98671

Sizmek Technologies Inc
Attn: Pres., GP., or Mng. Mbr.
500 W. 5th Street, Ste 900
Austin, TX 78701

SLC Nationwide, Inc
Attn: Pres., GP., or Mng. Mbr.
93 Hasgate Drive
Delmar, NY 12054

Sleep Products Section
Attn: Pres., GP., or Mng. Mbr.
1090 Mail Service Center
Raleigh, NC 27699-1090

Smart Tech Trading IKE
Attn: Pres., GP., or Mng. Mbr.
1 Kifissias Avenue
Marousi
Athens, .. 15123

Society for Human Resource
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 791139
Baltimore, MD 21279-1139


Software Hardware Intergration
Attn: Pres., GP., or Mng. Mbr.
PO Box 952121
Dallas, TX 75395-2121


SoundSafe Security Systems LLC
Attn: Pres., GP., or Mng. Mbr.
685 Honeyspot Road
Stratford, CT 06615


Southeastern Freight Lines
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 1691
Columbia, SC 29202


Southern CT Fire Extinguisher
Attn: Pres., GP., or Mng. Mbr.
167 Cherry Street, #270
Milford, CT 06460


Sparkletts
Attn: Pres, GP or Mang Membr
PO Box 660579
Dallas, TX, TX 75266-0579


Specialty Sleep Association
Attn: Pres., GP., or Mng. Mbr.
PO Box 432
Friant, CA 93626


St. Onge Steward Johnston
Attn: Pres, GP or Mang Membr
986 Bedford Street
Stamford, CT 06905-5619


Standard Fiber, LLC
Attn: Pres, GP or Mang Membr
577 Airport Blvd., Suite 200
Burlingame, CA 94010

Starfish, LLC
Attn: Pres, GP or Mang Membr
32 West 22nd Street, 3rd Floor
New York, NY 10010


Starkweather & Shepley (NM)
Attn: Pres., GP., or Mng. Mbr.
375 Bridgeport Ave
Shelton, CT 06484


State of Connecticut
CT Dept. of Administrative
Attn: Pres., GP., or Mng. Mbr.
450 Columbus Blvd, Ste 1303
Hartford, CT 06103


State of Michigan
Department of Treasury
Attn: Pres., GP., or Mng. Mbr.
PO Box 30774
Lansing, MI 48909


State of New Jersey
Dept of Labor & Workforce
Attn: Pres., GP., or Mng. Mbr.
PO Box 929
Trenton, NJ 08646-0929


Steinreich Communications
Attn: Pres., GP., or Mng. Mbr.
One University Plaza, Ste 510
Hackensack, NJ 07601


Stephanie Black
Attn: Pres., GP., or Mng. Mbr.
22 Hemlock Street
Bangor, ME 04401


Stephen Celtrick
Attn: Pres., GP., or Mng. Mbr.
2533 N.E. Indian River Drive
Jensen Beach, FL 34957


Steve Chandler
Attn: Pres., GP., or Mng. Mbr.
1281 Brooks Road
Corrigan, TX 75939

Steven Peterson
Attn: Pres., GP., or Mng. Mbr.
12813 Scoild Mare Way
Riverton, UT 84096


Steven R. Hartman
Attn: Pres., GP., or Mng. Mbr.
4905 Capri Avenue
Sarasota, FL 34235


Stoermer-Anderson, Inc.
Attn: Pres., GP., or Mng. Mbr.
3818 Red Bank Road
Cincinnati, OH 45227


Strohwig Industries, Inc.
Attn: Pres., GP., or Mng. Mbr.
3285 Industrial Rd.
Richfield, WI 53076-0038


Stuart Ginsberg
Attn: Pres., GP., or Mng. Mbr.
503 Waterfall Drive
Canton, GA 30114


Stuprich Sales Co. Inc.
Attn: Pres., GP., or Mng. Mbr.
60 Tall Grass Ct.
Streamwood, IL 60107


Summit Investment Mang.
Attn: Pres, GP or Mang Membr
SBN IV LFI LLC
1700 Lincoln St. Suite 2150
Denver, CO 80203


Sunset Sleep Products, Inc
Fred's Bed
Attn: Pres., GP., or Mng. Mbr.
11125 Hwy 17 N
Wilmington, NC 28411


Synthomer LLC
Attn: Pres, GP or Mang Membr
5/3 Bank
1761 Momentum Place
Chicago, IL 60689

Tallian Kyle Taylor
Attn: Pres., GP., or Mng. Mbr.
11300 Parmer Lane #220
Cedar Park, TX 78613


Tammy Feige
Attn: Pres., GP., or Mng. Mbr.
PO Box 783
Brewer, ME 04412


Tania V Yumbla
Attn: Pres., GP., or Mng. Mbr.
17301 Biscayne Blvd, Apt 1907
North Miami Beach, FL 33160


TASC
Attn: Pres., GP., or Mng. Mbr.
PO Box 88278
Milwaukee, WI 53288-0001


Tax Assessor Collector
Attn: Pres., GP., or Mng. Mbr.
600 Scott Ave Ste 103
Wichita Falls, TX 76301


Tech Transport, Inc.
Attn: Pres., GP., or Mng. Mbr.
300 Elm Street
Unit #1
Milford, NH 03055-4715


Tennant Company
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 71414
Chicago, IL 60694-1414


Texas Workforce Commission
Tax Department
Attn: Pres., GP., or Mng. Mbr.
101 E. 15th Street, Room 540
Austin, TX 78701-1442


TexNet International (Pvt) Ltd
F-50/1/A, Block No4, K.D.A.
Attn: Pres., GP., or Mng. Mbr.
Scheme No. 5, Clifton
Karachi, .. ---

The Chapin and Bangs Co, Inc.
Attn: Pres, GP or Mang Membr
P.O. Box 1117
Bridgeport, CT 06601-1117


The Coburn Company Inc
dba Coburn Pressw
Attn: Pres., GP., or Mng. Mbr.
PO Box 147
Whitewater, WI 53190


The HR Specialists
Attn: Pres., GP., or Mng. Mbr.
7600A Leesburg Pike, West Bldg
Ste 300
Falls Church, VA 22043-2004


The Myositis Association
Attn: Pres., GP., or Mng. Mbr.
1940 Duke Street, Ste 200
Alexandria, VA 22314


The Plastic Factory LLC
Attn: Pres., GP., or Mng. Mbr.
678 Howard Ave.
Bridgeport, CT 06605


The Quartz Corp USA
Attn: Pres., GP., or Mng. Mbr.
PO Box 116885
Atlanta, GA 30368-6885


The Stanwich Club
Attn: Pres., GP., or Mng. Mbr.
888 North Street
Greenwich, CT 06831-2844


Theresa Anne Boltz
Attn: Pres., GP., or Mng. Mbr.
3903 11th Street
Micco, FL 32976


Thermal Fluid Tech., Corp.
Attn: Pres., GP., or Mng. Mbr
PO Box 2117
Fort Mill, SC 29716

Thermaxx, LLC
Attn: Pres., GP., or Mng. Mbr.
14 Farwell Street, Bldg 2B
West Haven, CT 06516


Tiarco, LLC
Attn: Pres, GP or Mang Membr
PO Box 745375
Atlanta, GA 30384-5375


Tiffany Hill
Attn: Pres., GP., or Mng. Mbr.
3001 Kings Hwy East
Prescott Valley, AZ 86314


Timothy Paul Eberth
Attn: Pres., GP., or Mng. Mbr.
5264 NE 121st Ave #P-131
Vancouver, WA 98682


TN Department of Revenue
Attn: Pres., GP., or Mng. Mbr.
500 Deadrick Street
Nashville, TN 37242


TN Secretary of the State
Attn: Pres., GP., or Mng. Mbr.
312 Rosa L Parks Ave, 6th Fl.
Nashville, TN 37243-1102


Todd D. Amos
Attn: Pres., GP., or Mng. Mbr.
3641 Peachtree St
Slidell, LA 70458


Todd Fox
Attn: Pres., GP., or Mng. Mbr.
3220 Nundy Road
Tampa, FL 33618


Tonya Elizardo
Attn: Pres., GP., or Mng. Mbr.
2126 Echo Hills Drive
New Bramfels, TX 78130

```
Toyota Financial Services
Attn: Pres., GP., or Mng. Mbr.
PO Box 660926
Dallas, TX 75266-0926


Tradebe Environmental Services
Attn: Pres, GP or Mang Membr
PO Box 674037
Dallas, TX 75267-4237


Transgroup Internatioanl
Attn: Pres., GP., or Mng. Mbr.
PO Box 69207
Seattle, WA 98168


Transitional Reinsurance Contrib.
Attn: Pres., GP., or Mng. Mbr.
7500 Security Boulevard
Baltimore, MD 21244


Traver IDC, Inc.
Attn: Pres., GP., or Mng. Mbr.
151-165 Homer Street
Waterbury, CT 06704


Treasurer, State of CT
Dept of Consumer Protection
Attn: Pres., GP., or Mng. Mbr.
450 Columbus Blvd, Ste 801
Hartford, CT 06103


Treasurer, State of Ohio
Attn: Pres., GP., or Mng. Mbr.
6606 Tussing Road, PO Box 4009
Reynoldsburg, OH 43068-9009


Tri-Continental Truck Broker.
Attn: Pres., GP., or Mng. Mbr.
PO Box 1621
Scottsdale, AZ 85252


TX - State of Texas
Sales & Use
Attn: Pres., GP., or Mng. Mbr.
Austin, TX 78701
```

Tyler Heagy
Attn: Pres., GP., or Mng. Mbr.
PO Box 826
Prairieville, LA 70769


U.S. Bank
Legacy Latex Trust Account
Attn: Pres., GP., or Mng. Mbr.
PO Box 70870
St. Paul, MN 55170-9690


ULINE, Inc.
Attn: Pres., GP., or Mng. Mbr.
PO Box 88741
Chicago, IL 60680-1741


Unicorr Packaging Group
Attn: Pres, GP or Mang Membr
Connecticut Container Corp
4282 Paysphere Circle
Chicago, IL 60674


Union Forwarding Agency SDN
Attn: Pres., GP., or Mng. Mbr.
Union House, 9A
Jalan Berangan, 42000
Selangor Farul Ehsan, .. .


Unique Logistics Internatioal
Attn: Pres., GP., or Mng. Mbr.
2727 Paces Ferry Road SE
Building 1, Ste 100
Atlanta, GA 30339


United Illuminating Co.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 9230
Chelsea, MA 02150-9230


United Illuminating Co.
Attn: Pres., GP., or Mng. Mbr.
100 Marsh Hill Rd
Orange, CT 06477

United Illuminating Co.
Attn: Pres, GP or Mang Membr
P.O. Box 9230
Chelsea, MA 02150-9230


United States Treasury
Internal Revenue Service
Attn: Pres., GP., or Mng. Mbr.
Cincinnati, OH 45999-0009


UNIVAR USA Inc.
Attn: Pres., GP., or Mng. Mbr.
13009 Collection Center Drive
Chicago, IL 60693


UPS
Attn: Pres, GP or Mang Membr
PO Box 7247-0244
Philadelphia, PA 19170-0001


UPS Freight
Attn: Pres., GP., or Mng. Mbr.
28013 Network Place
Chicago, IL 60673-1280


UPS Freight
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 650690
Dallas, TX 75265


UPS Supply Chain Solutions
Attn: Pres, GP or Mang Membr
28013 Network Place
Chicago, IL 60673-1280


US Bedding
Attn: Pres., GP., or Mng. Mbr.
451 Quarry Street
Fall River, MA 02723


US Department of the Treasury
Attn: Pres., GP., or Mng. Mbr.
PO Box 979101
St. Louis, MO 63197-9000

UT State Tax Commission
Attn: Pres., GP., or Mng. Mbr.
210 N. 1950 W.
Salt Lake City, UT 84134-0180


Utah State Tax Commission
Attn: Pres., GP., or Mng. Mbr.
210 North 1950 West
Salt Lake City, UT 84134-0180


VA Department of Taxation
Attn: Pres., GP., or Mng. Mbr.
PO Box 1500
Richmond, VA 23218-1500


Valley Electric Supply Co.
Attn: Pres, GP or Mang Membr
3 Chestnut Street
P.O. Box 42
Ansonia, CT 06401-2323


Valley Roller Company
Division of Maxcess Int'l
Attn: Pres., GP., or Mng. Mbr.
N257 Stoney Brook Rd
Appleton, WI 54915-9444


Valley United Way
Attn: Pres., GP., or Mng. Mbr.
54 Grove Street
Shelton, CT 06484


Veritiv Operating Company
Attn: Pres, GP or Mang Membr
P.O. Box 409884
Atlanta, GA 30384-9884


Verizon Wireless
Attn: Pres., GP., or Mng. Mbr.
PO Box 15062
Albany, NY 12212-5062


Vincent Alberico
Expert Sleep Solutions
Attn: Pres., GP., or Mng. Mbr.
3129 Piedmont Rd NE
Atlanta, GA 30305

Visionary Sleep
Attn: Pres., GP., or Mng. Mbr.
1721- Moon Lake Blvd Ste 205
Hoffman Estates, IL 60169


W J Electric, LLC.
Attn: Pres, GP or Mang Membr
11 Lantern Drive
Seymour, CT 06483


W.W. Grainger, Inc.
Attn: Pres, GP or Mang Membr
DEPT. 801109505
Palatine, IL 60038-0001


WageWorks, Inc
Attn: Pres., GP., or Mng. Mbr.
PO Box 224547
Dallas, TX 75222-4547


Wakefly, Inc.
Attn: Pres., GP., or Mng. Mbr.
293 Boston Post Road West
Suite 140
Marlborough, MA 01752


Walker Industrial Products
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 499
Newtown, CT 06470


Walter Warren Speidel
Attn: Pres., GP., or Mng. Mbr.
4340 Baden Dr
Holiday, FL 34691


Warren Controls, Inc
Attn: Pres., GP., or Mng. Mbr.
2600 Emrick Blvd
Bethlehem, PA 18020-8010


WC of Texas
Attn: Pres., GP., or Mng. Mbr.
PO Box 742695
Cincinnati, OH 45274-2695

Webex Inc
Attn: Pres., GP., or Mng. Mbr.
PO Box 6611
Carol Stream, IL 60197-6611


Welder Repair & Rental Service
Attn: Pres., GP., or Mng. Mbr.
16 Commerce Circle
PO Box 659
Durham, CT 06422


Wells Fargo Bank
Safe Deposit Box Operations
Attn: Pres., GP., or Mng. Mbr.
PO Box 173793
Denver, CO 80217-3793


West Yorkshire Material Testing
Attn: Pres., GP., or Mng. Mbr.
PO Box 5, Nepshaw Lane South
Morley
Leeds, .. LS27 7JQ


Westfair Communications
Attn: Pres., GP., or Mng. Mbr.
3 Westchester Park Drive G7
White Plains, NY 10607


WG&R Furniture Company, Inc.
Attn: Pres., GP., or Mng. Mbr.
900 Challenger Drive
Green Bay, WI 54311


Wichita Restaurant Supply Inc
Attn: Pres., GP., or Mng. Mbr.
1122 Scott Ave
Wichita Falls, TX 76301


Wichita Star
dba Staybridge Suites
Attn: Pres., GP., or Mng. Mbr.
1917 Elmwood Ave N
Wichita Falls, TX 76308

Wiggin & Dana LLP
Attn: Pres, GP or Mang Membr
Attn:  Accounts Receivables
PO Box 1832
New Haven, CT 06508-1832


Willem Preuter
Attn: Pres., GP., or Mng. Mbr.
1441 Spring Street
Medford, OR 97504


William Martin
Attn: Pres., GP., or Mng. Mbr.
360 Honeyspot Road
Stratford, CT 06615


William Pool
Attn: Pres., GP., or Mng. Mbr.
12110 FM 179 B
Wolfforth, TX 79382


Williamson Electrical Co., Inc
Attn: Pres, GP or Mang Membr
PO Box6265
Chelsea, MA 02150


Wilmot L Dow
Attn: Pres., GP., or Mng. Mbr.
30 Malers Pnod Rd
Waldoboro, ME 04572


Worthington Olsen Inc
dba CobraHelp
Attn: Pres., GP., or Mng. Mbr.
1620 High Street
Denver, CO 80218


Wright Global Graphics
Attn: Pres, GP or Mang Membr
P.O. Box 306186
Nashville, TN 37230-6186


WV - Division of Labor
Attn: Pres., GP., or Mng. Mbr.
State Capitol Complex
Bldg 6, Rm.749-B
Charleston, WV 25305

Xpedx
Attn: Pres, GP or Mang Membr
PO Box 644520
Pittsburgh, PA 15264-4520


XPO Logistics Freight Inc
Con-Way Freight Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 5160
Portland, OR 97208-5160


XSENSOR Technology Corporation
Attn: Pres., GP., or Mng. Mbr.
133 12 Ave SE
Calgary AB, ?? T2G0Z9


Yarde Metals Inc.
Attn: Pres., GP., or Mng. Mbr.
45 Newell St.
Southington, CT 06489


YNIE, LLC
Attn: Pres., GP., or Mng. Mbr.
6380 S Valley View Suite 316
Las Vegas, NV 89118


YRC (RDWY)
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 13573
Newark, NJ 07188-3573


Zachary Adam Wymer
Attn: Pres., GP., or Mng. Mbr.
7603 Concord Ln NE # D-204
Bremerton, WA 98383


Zachary Davis
Attn: Pres., GP., or Mng. Mbr.
2614 Thayer Dr
Saint Joseph, MI 49085


Zwick USA, LP
Attn: Pres., GP., or Mng. Mbr.
2125 Barrett Park Drive
Suite 107
Kennesaw, GA 30144