**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LATEX FOAM INTERNATIONAL, LLC, | : | Case No. 19- |
| PURELATEX BLISS, LLC, | : | Case No. 19- |
| LATEX FOAM INTERNATIONAL HOLDINGS, INC, | : | Case No. 19- |
| PLB HOLDINGS, LLC, and | : | Case No. 19- |
| LATEX FOAM ASSETS ACQUISITION, LLC | : | Case No. 19 |
| | : | |
| Debtors. | : | (Joint Administration Requested) |
| LATEX FOAM INTERNATIONAL, LLC, | : | |
| PURELATEX BLISS, LLC, | : | |
| LATEX FOAM INTERNATIONAL HOLDINGS, INC, | : | |
| PLB HOLDINGS, LLC, and | : | |
| LATEX FOAM ASSETS ACQUISITION, LLC | : | |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| ENTREPRENEUR GROWTH CAPITAL, LLC | : | |
| | : | |
| Respondents. | : | |
| | : | |

**MOTION FOR AUTHORITY TO USE CASH**
**COLLATERAL AND TO PROVIDE ADEQUATE PROTECTION**

Latex Foam International, LLC, ("LFI"), Latex Foam International Holdings, Inc. ("Holdings"), PLB Holdings, LLC ("PLB Holdings"), Pure Latex Bliss, LLC ("PLB") and Latex Foam Assets Acquisition, LLC ("Acquisitions") (collectively the "Debtors") debtors and debtors-in-possession, by their undersigned attorneys, hereby move pursuant to 11 U.S.C. § 363(c) and Federal Rule of Bankruptcy Procedure 4001, for preliminary and final orders authorizing use of cash collateral and granting adequate protection, and as grounds therefore state as follows:

1

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2. On August 8, 2019, the Debtors filed voluntary petitions for the relief afforded under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). In accordance with the provisions of 11 U.S.C. §§ 1107 and 1108 of the Bankruptcy Code, the Debtors are authorized to continue to operate their businesses as a debtors-in-possession. No trustee or examiner has been appointed in these proceedings.

3. The Debtors are headquartered in Shelton, Connecticut. LFI Holdings is a holding company for one hundred percent of the equity interests in LFI and PLB Holdings, and an inactive entity, Dunlop Latex Foam SDN.BHD, located in Malaysia. LFI owns one hundred percent of the equity interests in Acquisition. PLB Holdings is a holding company for one hundred percent of the equity interests in PLB.

4. LFI manufactures foam mattresses and components for mattresses. It has approximately 150 employees. PLB functions as a sales office for the sale and distribution of finished mattresses. Acquisition owns certain assets but does not operate.

5. The Debtors previously filed for chapter 11 relief in this Court on May 30, 2014, which cases were jointly administered under case no. 14-50845. On December 3, 2015, this Court entered an order confirming the Modified Second Amended Joint Plan of Reorganization of Debtors and Official Committee of Unsecured Creditors (the "Plan") (case no. 14-50845, ECF Nos. 468, 501), and the Plan was substantially consummated (case no. 14-50845, ECF No. 714).

6. Due to an unanticipated shift of the mattress industry towards disruptive, lower-priced mattresses, however, the Debtors revenues decreased to the point where they were in danger of violating a financial covenant with EGC and thereby jeopardizing their continued operations.

## ENTREPRENEUR GROWTH CAPITAL, LLC SECURED CLAIMS

7. Entrepreneur Growth Capital, LLC (hereafter "EGC") asserts secured claims of approximately $9,300,000 against the Debtors' assets including cash collateral as provided under §§361 and 363 of the Bankruptcy Code.

## RELIEF REQUESTED

8. By this motion, the Debtors seek (a) the scheduling, pursuant to Federal Rule of Bankruptcy Procedure 4001, of a preliminary hearing on this motion (the "Interim Hearing") within three days of the commencement of these Chapter 11 cases; (b) at the Interim Hearing, the entry of an interim order in the form filed contemporaneously with this motion (the "Interim Order") authorizing the Debtors to use cash collateral in accordance with the budget annexed hereto as Exhibit A (the "Budget") and granting adequate protection to parties claiming an interest in the Debtors' cash collateral; (c) the scheduling, pursuant to Federal Rule of Bankruptcy Procedure 4001, of a final hearing on this motion (the "Final Hearing") within approximately twenty-one days of the commencement of these Chapter 11 cases; (d) the establishment of certain notice procedures for the Final Hearing; and (e) at the Final Hearing, the entry of a final order (the "Final Order"; together with the Interim Order, the "Cash Collateral Orders") authorizing the Debtors to use cash collateral in accordance with the Budget and granting adequate protection to parties claiming an interest in the Debtors' cash collateral.

9. To the extent EGC's liens constitute duly perfected, non-avoidable liens against the assets of the Debtors', and specifically against the Debtor's cash and accounts receivable, then the Debtors' cash and cash receipts constitute "cash collateral," as such term is defined under Code § 363. In order to operate and to preserve the value of the Debtors' assets, the Debtors will be required to use and disburse cash collateral during the period ending September 6, 2019, (the "Preliminary Period") following the Petition Date, in order to avoid immediate and irreparable harm to the Debtors. The Budget reflects necessary disbursements for the Preliminary Period. The Debtors further request a ten (10%) percent variance from any line item on the Budget and to vary from the Budget by amounts in excess of ten (10%) percent upon the consent of ECG.

10. As adequate protection against any post-petition date erosion of ECG's cash collateral within the meaning of §§ 361 and 363 of the Bankruptcy Code, the Debtors propose to grant to ECG a replacement lien in all after acquired cash collateral to the same extent, priority and validity as existed on the Petition Date, subject and subordinate to a carve-out of the replacements lien for amounts payable by the Debtor for (i) fees payable to the United States trustee pursuant to §1930(a)(6) of Title 28 of the Unites States Code; (ii) accrued and unpaid wages, and (iii) approved fees and expenses of the Debtors' professionals.

11. The relief sought herein is necessary to the continued operation of the Debtors' and the maintenance and preservation of the Debtors' businesses. If the Debtors' are not granted the relief sought herein, then the Debtors will suffer irreparable harm in that the value of certain assets of the Debtors will be greatly diminished or destroyed.

12. The Debtors propose the following notice procedure for the Final Hearing: on or before August 16, 2019, the Debtors shall transmit copies of a notice of the entry of the Interim

Order, together with a copy of the proposed Final Order, to the parties having been given notice of the Interim Hearing, to any party which has filed prior to such date a request for notices with this Court and to counsel for the Committee, once appointed.  The notice of entry of the Interim Order shall state that any party in interest objecting to the entry of the Final Order shall file written objections with the Clerk of the United States Bankruptcy Court for the District of Connecticut no later than 4:00 p.m. (prevailing Eastern Time) on September __, 2019 and shall serve such objections so that the same are received on or before such date by: (a) Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport , CT 06604 Attn: James Berman, Eric Henzy and Patrick Linsey, Esq., counsel for the Debtors; and (b) the Office of the US Trustee.

WHEREFORE, the Debtors respectfully request that this Court enter an Order granting i) the preliminary and final relief sought herein and ii) such further relief as this Court deems just and proper.

Dated:    August 8, 2019

        LATEX FOAM INTERNATIONAL HOLDINGS, INC.
        LATEX FOAM INTERNATIONAL, LLC
        PLB HOLDINGS, LLC
        PURE LATEX BLISS, LLC
        LATEX FOAM ASSETS ACQUISITION, LLC
        THE DEBTORS

By:    */s/ James Berman*
       James Berman (Federal Bar No. ct06027)
       Eric Henzy (Federal Bar No. ct12849)
       Patrick R. Linsey (ct29437)
       ZEISLER & ZEISLER, P.C.
       10 Middle Street, 15th Floor
       Bridgeport, CT  06605
       Tel. 203-368-4234
       Fax 203-367-9678
       Email:  jberman@zeislaw.com

...

ehenzy@zeislaw.com
plinsey@zeislaw.com
Their Attorneys