UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **LATEX FOAM INTERNATIONAL, LLC,** | Case No. 19-51064 (JAM) |
| **PURELATEX BLISS, LLC,** | Case No. 19-51067 (JAM) |
| **LATEX FOAM INTERNATIONAL HOLDINGS, INC.,** | Case No. 19-51065 (JAM) |
| **PLB HOLDINGS, LLC,** | Case No. 19-51068 (JAM) |
| **LATEX FOAM ASSETS ACQUISITION, LLC,** | Case No. 19-51066 (JAM) |
| **Debtors.** | Joint Administered Under Case No. 19-51064 |

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the following creditors of the above-captioned debtors, which creditors are among the largest unsecured claimants and have indicated a willingness to serve, are appointed to the committee of unsecured creditors:

**BASF CORPORATION**
c/o Peter Argiriou, Credit Manager
100 Park Avenue
Florham Park, NJ 07932
Telephone: (973) 245-6577
Email: peter.argiriou@BASF.com


**RUCKEL MANUFACTURING CO.**
c/o Joseph Rottenberg, CEO
63 Flushing Avenue, Unit 331
Brooklyn, NY 11205
Telephone: (917) 992-5628
Email: joerr@ruckelmfg.com


**AXLE LOGISTICS**
c/o Carrie Ollom, Accounting Coordinator
520 W. Summit Hill Drive, Suite 1005
Knoxville, TN 37902
Telephone: (855) 230-2953, ext. 107
Email: carrie.ollom@axlelogistics.com

Dated: August 22, 2019  
New Haven, Connecticut

Respectfully submitted,

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE FOR REGION 2

By: /s/ *Kim L. McCabe*  
Kim L. McCabe ct 23661  
Assistant United States Trustee  
Office of the United States Trustee  
Giaimo Federal Building  
150 Court Street, Room 302  
New Haven, CT 06510  
Telephone: (203)773-2210  
Email: Kim.McCabe@usdoj.gov

cc: Debtors' counsel