**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LATEX FOAM INTERNATIONAL, LLC, | : | Case No. 19-51064 JAM |
| PURELATEX BLISS LLC, | : | Case No. 19-51067 JAM |
| LATEX FOAM INTERNATIONAL HOLDINGS, INC., | : | Case No. 19-51065 JAM |
| PLB HOLDINGS, LLC, | : | Case No. 19-51068 JAM |
| LATEX FOAM ASSETS ACQUISITION, LLC, | : | Case No. 19-51066 JAM |
| | : | |
| Debtors. | : | Jointly Administered under Case No. 19-51064 |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE JOINTLY ADMINISTERED DEBTORS TO EMPLOY SCHAFER AND WEINER, PLLC AS ITS ATTORNEYS**

The Official Committee of Unsecured Creditors (the "Committee") for the Jointly Administered Debtors (defined herein) submits to this Court its application (the "Application") for an order authorizing the Committee to retain and employ the law firm of Schafer and Weiner, PLLC ("Applicant") as its attorneys effective as of August 22, 2019, pursuant to sections 328 and 1103(a) of Title 11 of the United States Code (the "Bankruptcy Code")[1], Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2014-1 of this Court's Local

---

[1] Except as otherwise noted herein, all references to sections herein are references to section of the Bankruptcy Code. Except as otherwise noted to the contrary herein, all references to DN or docket numbers are references to docket numbers in Case No. 19-51064.

{00812960.3}

Rules of Bankruptcy Procedure (the "Local Rules"), and in support thereof, respectfully states as follows:

1. On August 8, 2019 (the "Petition Date"), Latex Foam International, LLC, Purelatex Bliss, LLC, Latex Foam International Holdings, LLC and Latex Foam Assets Acquisition, LLC (collectively, the "Jointly Administered Debtors")[2] filed their respective petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division (the "Court") commencing the above-captioned bankruptcy cases (the "Chapter 11 Cases").

2. Since the Petition Date, the Jointly Administered Debtors have remained in possession of their property and continue to operate their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. On August 22, 2019, pursuant to section 1102(a)(1) of the Bankruptcy Code, the United States Trustee appointed three creditors to serve on the Committee in connection with these Chapter 11 Cases. *See* DN 69. The present members of the Committee are BASF Corporation, LLC, Ruckel Manufacturing Co., and Axle Logistics. Id.

---

[2] On August 14, 2019, this Court entered its *Order Directing Joint Administration of Cases Pursuant to Fed. R. Bankr. P. 1015(b)* [DN 49] (the "Joint Administration Order").

{00812960.3}                                  2

4. On August 22, 2019, the Committee determined, in connection with the exercise of its powers and the performance of the duties conferred upon it pursuant to section 1103 of the Bankruptcy Code, that it requires legal services and advice. By submission of this Application, the Committee requests that this Court enter an order authorizing the Committee to retain and employ Applicant as of August 22, 2019, the date of the Committee's selection of Applicant, to serve as its counsel in these Chapter 11 Cases, to render legal advice and services to the Committee as described herein and in the Affidavit of Michael E. Baum in support of this Application (the "Baum Affidavit"), attached hereto as Exhibit B.

5. The Committee desires to retain and employ Applicant as its attorneys because of the firm's extensive experience and knowledge with regard to the rights of debtors, creditors, equity interests and business reorganizations and liquidations under Chapter 11 of the Bankruptcy Code. Applicant has extensive experience in all aspects of Chapter 11 cases, having represented debtors, secured creditors, unsecured creditors, committees, equity holders, Chapter 11 trustees, plan liquidating trustees, examiners, and various other constituencies. Additionally, Applicant has extensive experience with respect to the Debtors having represented the unsecured creditors committee in the Debtor's previous case, jointly administered under Case No. 14-50845 (Bankr. D. Conn.) (the "First Case"), and the trustee of the creditors trust formed in the First Case. Accordingly, Applicant

has the necessary background and experience to deal effectively with the potential legal issues and problems that may arise in the context of these Chapter 11 Cases. The Committee believes that Applicant is both well qualified and able to represent the Committee in these Chapter 11 Cases in an efficient and timely manner.

6. Subject to further order of this Court, Applicant will render, inter alia, the following professional services to the Committee:

   a. rendering legal advice regarding the Committee's organization, duties and powers in these Chapter 11 Cases;

   b. assisting the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors, the operation of the Debtors' businesses, the potential sale of the Debtors' assets, and any other matter relevant to these cases or the formulation and analysis of any plans of reorganization or plans of liquidation;

   c. attending meetings of the Committee and meetings with the Debtors, the Debtors' attorneys, and other professionals, as requested by the Committee;

   d. representing the Committee in hearings before the Court;

   e. assisting the Committee in preparing all necessary motions, applications, responses, reports, and other pleadings in connection with the administration of these cases; and

   f. providing such other legal assistance as the Committee may deem necessary and appropriate.

7. Upon information and belief and based on the Baum Affidavit, Applicant does not represent any other entity having an adverse interest to the Committee or

the Debtors' estates in connection with these Chapter 11 Cases, consistent with sections 328 and 1103(b) of the Bankruptcy Code.

8. Subject to approval by this Court, the Committee proposes that Applicant be compensated for the services it will be rendering to the Committee on the basis of Applicant's normal hourly rates for attorneys, paralegals, and other personnel that provide such services to the Committee and for out-of-pocket expenses and disbursements that are actually incurred, at rates normally charged to its regular clients. The hourly rates of Applicant's professionals are set forth in the Baum Affidavit.

9. Applicant has stated its desire and willingness to act in these Chapter 11 Cases and render the necessary professional services as counsel to the Committee. Applicant will bill for services rendered and out-of-pocket expenses incurred pursuant to the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, United States Trustee guidelines, the Local Rules, and future orders of the Court.

10. The Committee believes that Applicant is eminently qualified to represent it in these Chapter 11 Cases and that Applicant's retention is in the Committee's best interest and the best interests of the Debtors' creditors and their estates.

11. Notice of this Application is being provided to the United States Trustee, the Debtors, Debtors' counsel, the top 20 creditors, and those parties who

notices of appearance in these Chapter 11 cases. In light of the nature of the relief requested, the Committee submits that this notice is appropriate and that no other or further notice need be given.

**WHEREFORE**, the Official Committee of Unsecured Creditors for the Jointly Administered Debtors respectfully requests that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, authorizing it to retain and employ Schafer and Weiner, PLLC, as of August 22, 2019, and for such other and further relief as may be just and proper under the circumstances.

DATED: August 29, 2019.

**OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR
THE JOINTLY ADMINISTERED
DEBTORS**

BY: ITS CHAIRMAN

Peter Argiriou
BASF Corporation
100 Park Avenue
Florham Park, NJ 07932
(973) 245-6577

{00812960.3}

6