Exhibit B

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LATEX FOAM INTERNATIONAL, LLC, | : | Case No. 19-51064 JAM |
| PURELATEX BLISS LLC, | : | Case No. 19-51067 JAM |
| LATEX FOAM INTERNATIONAL HOLDINGS, INC., | : | Case No. 19-51065 JAM |
| | : | |
| PLB HOLDINGS, LLC, | : | Case No. 19-51068 JAM |
| LATEX FOAM ASSETS ACQUISITION, LLC, | : | Case No. 19-51066 JAM |
| | : | |
| Debtors. | : | Jointly Administered under Case No. 19-51064 |

## DECLARATION OF MICHAEL E. BAUM WITH REGARD TO EMPLOYMENT OF SCHAFER AND WEINER, PLLC

The undersigned, being duly affirmed, deposes and says:

1. I am a partner of the law firm of Schafer and Weiner, PLLC, ("Applicant") a professional association engaged in the practice of law with offices at 40950 Woodward Avenue, Ste. 100, Bloomfield Hills, Michigan 48304. All attorneys practicing with Applicant are attorneys at law duly admitted to practice before the United States District Court for the Eastern and/or Western Districts of Michigan. Contemporaneously with the filing of the Application (defined below), Michael E. Baum, John J. Stockdale, Jr. and Nicholas Marcus

have filed, or will file, applications for admission to appear *pro hac vice* in the above-referenced case.

2. The facts set forth in this declaration are based upon either my personal knowledge, upon information and belief, or upon client records which were reviewed by me or another employee of Applicant under my supervision and direction. This affidavit is submitted in support of the *Application of the Official Committee of Unsecured Creditors for the Jointly Administered Debtors to Employ Schafer and Weiner, PLLC, as its Attorneys* (the "Application").

3. To the best of my knowledge and except as otherwise provided herein, neither I nor any other member of this firm represents any other entity having an adverse interest in connection with the above-captioned Chapter 11 cases.

4. Applicant has represented, and continues to represent, BASF Corporation in a variety of matters which are not related to this bankruptcy case.

5. Applicant represented the official committee of unsecured creditors in the Debtors' prior bankruptcy cases, jointly administered in Case No. 14-50845 (Bankr. D. Conn.) (the "First Case").

6. In the First Case, Applicant worked closely with Eric Henzy, Esq., who was local counsel to the official committee of unsecured creditors in the First Case and who now represent the Debtors.

7. In the First Case, Applicant worked closely with James Berman, Esq., who represented the Debtors in the First Case and represents them in the present Chapter 11 cases.

{00812960.3}

8. Applicant has worked with James V. McTevia and McTevia & Associates, LLC in a variety of bankruptcy and non-bankruptcy matters. Mr. McTevia is the trustee of the Latex Foam International Holdings, LLC's Creditors Trust (the "Trust") and until June 30, 2019 was a member of the Debtors' board of directors. From its formation through August 23, 2019, Applicant represented the Trust and is trustee. Applicant will not represent the Trust or the trustee in these Chapter 11 cases. Mr. McTevia has, or is retaining separate counsel to represent the Trust and the Trustee.

9. As of August 23, 2019, the Trust owed the Applicant unpaid attorneys' fees of $168,132.47. On August 27, 2019, the Applicant sold and transferred this account receivable to Intervesco Strategic Capital, LLC, a Michigan limited liability company of which Mr. McTevia is the managing member. Intervesco has also partially funded the Trust's administrative expenses incurred since the confirmation of the Plan in the First Case.

10. Applicant reserves its right to amend and update this Affidavit should other connections be discovered.

11. A copy of Applicant's retainer agreement is attached as **Exhibit 1** to this Affidavit.

12. The amount and proposed range of compensation includes hourly rates to be approved by the Court for the Schafer and Weiner's members and associates and is as follows:

```
Daniel J. Weiner ............ $ 485.00
Michael E. Baum ............ $ 485.00
Howard M. Borin ........... $ 395.00
Joseph K. Grekin ............ $ 380.00
John J. Stockdale, Jr.  .... $ 345.00
Kim K. Hillary ................ $ 330.00
Leon N. Mayer ................ $ 305.00
Jeffery J. Sattler  ............ $ 315.00
Jason L. Weiner ............. $ 310.00
Nicholas R. Marcus ........ $ 275.00
Paralegal ......................... $ 150.00
```

13. Applicant will periodically file applications seeking approval of its fees and reimbursement of its expenses. Applicant understands that all fees and expenses are subject to Court approval.

14. No agreement or understanding exists between Applicant and any other person for the division of compensation received or to be received for services rendered in connection with these Chapter 11 cases nor shall Applicant share or agree to share the compensation paid or allowed for such services with any other person.

15. No agreement or understanding prohibited by 18 U.S.C. § 155 has been or will be made by Applicant.

16. Declarant says nothing further.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

_____
Michael E. Baum

{00812960.3}