**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Latex Foam International, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | **19-51064** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **August 29, 2019** | *X* **/s/ Steve Turner** |
| | | Signature of individual signing on behalf of debtor |
| | | **Steve Turner** |
| | | Printed name |
| | | **CFO** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Latex Foam International, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-51064**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

---

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $      **12,495,672.04**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $      **12,495,672.04**

---

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **49,900.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$      **2,741,135.01**

4.    **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b      $      **2,791,035.01**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Latex Foam International, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | **19-51064** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Third Bank** | **Depository** | **4844** | $0.00 |
| 3.2. | **Fifth Third Bank** | **Funding** | **6972** | $3,059,463.09 |
| 3.3. | **Fifth Third Bank** | **Payroll** | **4851** | $249,192.14 |
| 3.4. | **Fifth Third Bank** | **Credit Card Guarantee** | **5808** | $49,900.00 |
| 3.5. | **Fifth Third Bank** | **Amazon** | **7243** | $32,067.81 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $3,390,623.04 |
|---|

### Part 2:    Deposits and Prepayments

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Latex Foam International, LLC**
Name                                                Case number *(If known)*  **19-51064**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        **WMCV Phase II $4,195.00**
7.1.    **UPS $3,000.00**                                                    $7,195.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                 $7,195.00
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:     **4,498,433.00**  -  **11,828.00**  = ....  **$4,486,605.00**
                                      face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                 $4,486,605.00
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**
        Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
        Name of entity:                                    % of ownership

        15.1.  **Latex Foam Assets Acquistion, LLC.**      **100**  %                **Unknown**

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
        Describe:

17.     **Total of Part 4.**                                                 $0.00
        Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 2

Debtor   **Latex Foam International, LLC**                              Case number *(If known)* **19-51064**
_____
          Name

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>**Book Values**<br>**510 River Road, Shelton, CT**<br>**8600 Central Freeway North, Wichita Falls, TX** | **08/08/2019** | **$2,208,605.00** | | **$2,208,605.00** |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

23.   **Total of Part 5.**                                                            | **$2,208,605.00** |
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

39.   **Office furniture**

40.   **Office fixtures**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Latex Foam International, LLC** | Case number *(If known)* **19-51064** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | **Machinery, Fixtures, Equipment and Supplies:**<br>**Book Values**<br>**510 River Road, Shelton, CT - $13,946,133.00**<br>**8600 Central Freeway Northm, Wichita Falls,**<br>**TX - $113,240.00** | **$14,059,373.00** | **Liquidation** | **$2,360,000.00** |

| | | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**Office Equipment Furnishing and Supplies:**<br>**Book Values**<br>**510 River Road, Shelton, CT - $42,644.00**<br>**8600 Central Freeway Northm, Wichita Falls,**<br>**TX - $0.00** | **$0.00** | | **$42,644.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$2,402,644.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| | General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Various patents, trademarks and other**<br>**intellectual property** | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Latex Foam International, LLC** | Case number *(If known)* **19-51064** |
|---|---|---|
| | Name | |

| 61. | **Internet domain names and websites** | | |
|---|---|---|---|
| | **talalayglobal.com** | **$0.00** | **$0.00** |

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor    **Latex Foam International, LLC**                                    Case number *(If known)*  **19-51064**
_____Name_____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,390,623.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,195.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,486,605.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,208,605.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,402,644.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,495,672.04 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,495,672.04 |

**Fill in this information to identify the case:**

Debtor name    **Latex Foam International, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-51064**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim | **Column B** Value of collateral that supports this claim |
|---|---|---|---|
| | | Do not deduct the value of collateral. | |

**2.1    Entrepreneur Growth Capital**

Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**505 Park Avenue, 6th Floor**
**New York, NY 10022**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket UCC, pledge of LFA membership interest**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Unknown | Unknown |

**2.2    Fifth Third Bank-Credit Card**

Creditor's Name

**Attn: Pres, GP or Mang Membr**
**P.O. Box 740523**
**Cincinnati, OH 45274-0523**

Creditor's mailing address

**Dan.Bick@53.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien

Describe the lien
**Cash held in Pledge Account**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $49,900.00 | Unknown |

| Debtor | **Latex Foam International, LLC** | Case number (if know) | **19-51064** |
|--------|-----------------------------------|------------------------|--------------|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **HYG Financial Services, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**f/k/a NMHG Financial Srvc. Inc**
**Attn: Pres., GP., or Mng. Mbr.**
**PO BOX 14545**
**Des Moines, IA 50306**

Creditor's mailing address

**Security interest in leased equipment**

Describe the lien

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$49,900.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Latex Foam International, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number (if known) __**19-51064**__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---:|

| | | |
|---|---|---:|
| **3.1** | Nonpriority creditor's name and mailing address<br>**8600 Central Venture, LLC**<br>**Attn: Pres, GP or Mang Membr**<br>**3000 Buchanan Street**<br>**Wichita Falls, TX 76308**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,763.97** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**A&P Coat, Apron & Linen Supply LLC**<br>**Attn: Pres, GP or Mang Membr**<br>**Unitex Textile Rental**<br>**155 South Terrace**<br>**Mount Vernon, NY 10550**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$331.70** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Absolutely Knits, Inc.**<br>**Attn: Pres, GP or Mang Membr**<br>**260 Madison Avenue, Suite 8038**<br>**8th Floor**<br>**New York, NY 10016**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,620.15** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Adhesive Products, Inc. dba Adhesive Pro**<br>**PO Box 6434**<br>**Fishers, IN 46038**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$650.40** |

| Debtor | **Latex Foam International, LLC** | Case number (if known) | **19-51064** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,735.17 |
|---|---|---|---|

**ADP, Inc.**
**PO Box 842875**
**Client #297077**
**Boston, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $629.35 |
|---|---|---|---|

**Advanced Rooter Plumbing LLC**
**Attn: Pres, GP or Mang Membr**
**1 Pink Cloud Lane**
**Weston, CT 06883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,464.88 |
|---|---|---|---|

**Airgas, Inc dba Airgas USA, LLC**
**Attn: Pres, GP or Mang Membr**
**P.O. Box 734445**
**Chicago, IL 60673-4445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,750.00 |
|---|---|---|---|

**Alexandra W. Wilson**
**Attn: Pres, GP or Mang Membr**
**920 Park Ave, Apt 3D**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,855.00 |
|---|---|---|---|

**Alfa Adhesives, Inc.**
**15 Lincoln Street**
**Hawthorne, NJ 07506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $68,280.00 |
|---|---|---|---|

**Alvarez & Marsal Private Eqty. Preform.**
**Imprvmnt Grp, LLC-L Carrington**
**Attn: Pres, GP or Mang Membr**
**600 Madison Ave, 8th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,288.18 |
|---|---|---|---|

**AMC Group, Incorporated dba Ace Maintena**
**Attn: Pres, GP or Mang Membr**
**P.O. Box 4841**
**Wichita Falls, TX 76308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Latex Foam International, LLC** | Case number (if known) | **19-51064** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,139.07** |
|---|---|---|---|
| | **American Refrigeration Co., LLC**<br>**Attn: Pres, GP or Mang Membr**<br>**149 River Street, Suite 3**<br>**Andover, MA 01810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,260.07** |
|---|---|---|---|
| | **Aquarion Water Company of CT**<br>**Attn: Pres, GP or Mang Membr**<br>**P.O. Box 10010**<br>**Lewiston, ME 04243-9427** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,524.43** |
|---|---|---|---|
| | **AT&T 8001-785-8418**<br>**Attn: Pres, GP or Mang Membr**<br>**P.O. Box  5019**<br>**Carol Stream, IL 60197-9005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,002.27** |
|---|---|---|---|
| | **AT&T 8002-816-7783**<br>**Attn: Pres, GP or Mang Membr**<br>**P.O. Box 5019**<br>**Carol Stream, IL 60197-5019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$447.55** |
|---|---|---|---|
| | **AT&T 831-000-7783 913**<br>**PO Box 5019**<br>**Carol Stream, IL 60197-5019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,539.30** |
|---|---|---|---|
| | **AT&T 831-000-7807 808**<br>**Attn: Pres, GP or Mang Membr**<br>**P.O. Box 5019**<br>**Carol Stream, IL 60197-5019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$208.36** |
|---|---|---|---|
| | **AT&T 940-851-0027 607 8**<br>**Attn: Pres, GP or Mang Membr**<br>**P.O. Box 105414**<br>**Atlanta, GA 30348-5414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Latex Foam International, LLC** | Case number (*if known*) | **19-51064** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.18** |
|---|---|---|---|

**AT&T  972-243-2342 608 0**
**P.O. Box  105414**
**Atlanta, GA 30348-5414**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,061.18** |
|---|---|---|---|

**AT&T Global  831-000-7416 882**
**P.O. Box  5091**
**Carol Stream, IL 60197-5091**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$486.00** |
|---|---|---|---|

**AT&T ID #76659**
**Attn: Pres, GP or Mang Membr**
**P.O. Box  9005**
**Carol Stream, IL 60197-9005**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209.52** |
|---|---|---|---|

**AT&T TeleConference Svcs  #16897221-0000**
**P.O. Box 5002**
**Carol Stream, IL 60197-5002**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,659.20** |
|---|---|---|---|

**Atlantic Equipment**
    **Engineers, Inc**
**Attn: Pres, GP or Mang Membr**
**24 Industrial Avenue**
**Upper Saddle River, NJ 07458**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,976.75** |
|---|---|---|---|

**Atlantic Fasteners Co, LLC- an Applied M**
**PO Box 1068**
**Agawam, MA 01001-6068**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00** |
|---|---|---|---|

**Atlantic Specialty Chemicals Corp.**
**317 Godwin Ave.**
**Midland Park, NJ 07432**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Latex Foam International, LLC** | Case number (if known) | **19-51064** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,144.24 |
|---|---|---|---|

**Automated  Convenience Services**
Attn: Pres, GP or Mang Membr
29 Baer Circle
East HAven, CT 06512

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,854.00 |
|---|---|---|---|

**Axle Logistics, LLC**
Attn: Pres, GP or Mang Membr
520 W. Summit Hill Drive
Ste 1005
Knoxville, TN 37902

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293,472.16 |
|---|---|---|---|

**BASF Corporation**
Attn: Pres, GP or Mang Membr
P.O. Box 360941
Pittsburgh, PA 15251-6941

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Blackstone INC Holding - Q LLC**
dba IMC  License SPE, LLC
PO Box 748912
Los Angeles, CA 90074-8912

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,767.31 |
|---|---|---|---|

**Blue -Grace Logistics LLC**
Attn: Pres, GP or Mang Membr
Dept 108
PO Box 4964
Houston, TX 77210-4964

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,517.67 |
|---|---|---|---|

**Borden & Remington Corporation**
Attn: Pres, GP or Mang Membr
P.O. Box 2573
63 Water Street
Fall River, MA 27220-2573

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $383.39 |
|---|---|---|---|

**Braman Chemical Enter. Inc.**
dba Braman Termite & Pest Elim
Attn: Pres, GP or Mang Membr
PO Box 368
Agawam, MA 01001-0368

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Latex Foam International, LLC** | Case number (*if known*) | **19-51064** |
|---|---|---|---|
| | Name | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,075.00** |

**C.H. Robinson Company**
**Attn: Pres, GP or Mang Membr**
**C.H. Robinson Worldwide, Inc**
**PO Box 9121**
**Minneapolis, MN 55480-9121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,408.60** |

**C.K.B. LLC.**
**c/o Richard T. Coffey**
**32 Bunker Hill Circle**
**Shelton, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,799.63** |

**Canteen Refreshment Servive dba Java Exp**
**Attn: Pres, GP or Mang Membr**
**PO Box 417632**
**Boston, MA 02241-7632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,641.95** |

**Carter-McLeod Paper**
**  & Packaging Co**
**Attn: Pres, GP or Mang Membr**
**136 Wayside Avenue**
**West Springfield, MA 01089-1318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,192.31** |

**Cathy Hover**
**4900 Fairmont Way**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __**Total amount of contract payments remaining:**
**$8,653.85**
**Severance to be paid out: $11,538.46**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475,938.98** |

**Centrotrade Rubber USA, Inc.**
**Centrotrade Min. & Metals, Inc**
**Attn: Pres, GP or Mang Membr**
**676 Independance Parkway, Ste 110**
**Chesapeake, VA 23320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Latex Foam International, LLC** | Case number (if known) | **19-51064** |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,702.36 |
|---|---|---|---|

**Charter Oak Building Maintenance Inc.**
Attn: Pres, GP or Mang Membr
Po Box 257
Cromwell, CT 06416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,936.18 |
|---|---|---|---|

**Clarke Brothers Packaging, LLC**
Attn: Pres, GP or Mang Membr
125 Old Gate Lane
Milford, CT 06460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,440.11 |
|---|---|---|---|

**Clearwater Industries**
Attn: Pres, GP or Mang Membr
415 Bridgeport Avenue
Shelton, CT 06484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.59 |
|---|---|---|---|

**Comcast**
Attn: Pres, GP or Mang Membr
P.O. Box 70219
Philidelphia, PA 19176-0219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $998.06 |
|---|---|---|---|

**Compliance Professionals, Inc.**
Attn: Pres, GP or Mang Membr
23 Brinton Hill Road
Falls Village, CT 06031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,317.60 |
|---|---|---|---|

**Crystal Rock Water Co., Inc.**
Attn: Pres, GP or Mang Membr
P.O. Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,896.00 |
|---|---|---|---|

**Dana Transport, Inc.**
Attn: Pres, GP or Mang Membr
P.O. Box 74286
Cleveland, OH 07001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Latex Foam International, LLC** | Case number (*if known*) | **19-51064** |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,895.88** |
|---|---|---|---|

**Danley Mechanical Contractors, Inc.**
**Attn: Pres, GP or Mang Membr**
**143 Rock Lane**
**Milford, CT 06460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.87** |
|---|---|---|---|

**David Brown dbd Dave's Bug Pro**
**PO Box 9486**
**Wichita Falls, TX 76308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,199.64** |
|---|---|---|---|

**DeWolf Chemical, LLC.**
**Attn: Pres, GP or Mang Membr**
**PO Box 842472**
**Boston, MA 02284-2472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,098.15** |
|---|---|---|---|

**Direct Energy Business**
**PO Box 32179**
**New York, NY 10087-2179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73.84** |
|---|---|---|---|

**DIRECTV  Acct#02361417**
**Attn: Pres, GP or Mang Membr**
**DirectTV**
**PO Box 5006**
**Carol Stream, IL 60197-5006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,559.14** |
|---|---|---|---|

**Dittman & Greer, Inc.**
**Attn: Pres, GP or Mang Membr**
**PO Box 1170**
**Garden City Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.89** |
|---|---|---|---|

**Eagle Elevator Company, Inc.**
**Attn: Pres, GP or Mang Membr**
**176 Norfolk Avenue**
**Boston, MA 02119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Latex Foam International, LLC** | Case number (*if known*) | **19-51064** |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,326.01** |
|---|---|---|---|

**Eagle Leasing Company**
**Attn: Pres, GP or Mang Membr**
**P.O. Box 923**
**Orange, CT 06477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$886.55** |
|---|---|---|---|

**Elm City Capital, LLC**
**35 Philmack Drive**
**Middletown, CT 06457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104.75** |
|---|---|---|---|

**Employer's Reference Source Inc**
**P.O. Box 7019**
**Prospect, CT 06712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,034.97** |
|---|---|---|---|

**Eversource  #57789676020**
**PO Box 650034**
**Dallas, TX 75265-0034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,579.50** |
|---|---|---|---|

**Evoque Data Center Solutions**
**Attn: Pres, GP or Mang Membr**
**P.O. Box 9005**
**Carol Stream, IL 60197-9005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,520.18** |
|---|---|---|---|

**Express Services, Inc.**
**Attn: Pres, GP or Mang Membr**
**P.O. Box 203901**
**Dallas, TX 75320-3901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,031.34** |
|---|---|---|---|

**F.W. Webb Company**
**160 Middlesex Turnpike**
**Bedford, MA 01730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Latex Foam International, LLC** | | Case number (if known) | **19-51064** |
|---|---|---|---|---|
| | Name | | | |

---

**3.60** | **Nonpriority creditor's name and mailing address**
**Fabrizio and Associates Inc**
3801 Chanticleer Ct
Tallahassee, FL 32311

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,502.13**

---

**3.61** | **Nonpriority creditor's name and mailing address**
**Fifth Third Bank-Credit Card**
Attn: Pres, GP or Mang Membr
P.O. Box 740523
Cincinnati, OH 45274-0523

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$26,406.20**

---

**3.62** | **Nonpriority creditor's name and mailing address**
**Fire Protection Testing, Inc.**
Attn: Pres, GP or Mang Membr
1701 Highland Ave #4
Chesire, CT 06401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,143.89**

---

**3.63** | **Nonpriority creditor's name and mailing address**
**Fracht FWO Inc (A/R)**
Attn: Pres, GP or Mang Membr
16701 Greenspoint Park Dr
Ste 300
Houston, TX 77060

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,450.00**

---

**3.64** | **Nonpriority creditor's name and mailing address**
**Frontier Communications**
Attn: Pres, GP or Mang Membr
P.O. Box 740407
Cincinati, OH 45274-0407

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,242.96**

---

**3.65** | **Nonpriority creditor's name and mailing address**
**Global Pallet Solutions, LLC**
Attn: Pres, GP or Mang Membr
271 John Downey Drive
New Britain, CT 06051

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$26,283.75**

---

**3.66** | **Nonpriority creditor's name and mailing address**
**Hamilton Connections Inc**
Attn: Pres, GP or Mang Membr
1602 Main Street
East Hartford, CT 06108

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,402.10**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Latex Foam International, LLC** | Case number *(if known)* | **19-51064** |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,687.83 |
|---|---|---|---|

**Hand Held Products, Inc**
dba Honeywell Scanning & Mob.
Attn: Pres, GP or Mang Membr
62408 Collections Center Dr
Chicago, IL 60693-0624

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,441.08 |
|---|---|---|---|

**Hanes Engineered Materials, Inc.**
Attn: Pres, GP or Mang Membr
L&P Financial Services Co.
PO Box 60984
Charlotte, NC 28260

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.46 |
|---|---|---|---|

**Home Depot Credit Services, Inc.**
Dept 32-2500554328
P.O. Box 78047
Phoenix, AZ 85062-8047

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,763.62 |
|---|---|---|---|

**HYG Financial Services Inc.**
Attn: Pres, GP or Mang Membr
P.O. BOX 14545
Des Moines, IA 50306-3545

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Illinois Sleep Products, Inc**
Attn: Pres, GP or Mang Membr
3535 W. 47th Street
Chicago, IL 60632

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,190.40 |
|---|---|---|---|

**Industrial Sales and Distribution, Inc.**
Attn: Pres, GP or Mang Membr
DBA R.P. Morrison Company
PO Box 394
Westerly, RI 02891

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $258.06 |
|---|---|---|---|

**iQuest, Inc.**
Attn: Pres, GP or Mang Membr
11602 Perpetual Drive
Odessa, FL 33556

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Latex Foam International, LLC** | | Case number (*if known*) | **19-51064** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186.45** |
| --- | --- | --- | --- |

**Ironwood Bed Frames and Mattress LLC**
**3416 West Flower Street**
**Phoenix, AZ 85017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,321.22** |
| --- | --- | --- | --- |

**ISPA - International Sleep Products**
**Attn: Pres, GP or Mang Membr**
**501 Wythe Street**
**Alexandria, VA 22314-1917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
| --- | --- | --- | --- |

**James V. Siragusa**
**Attn: Pres, GP or Mang Membr**
**Stratagem Consulting, LLC**
**182 W. Lakeview Drive NE**
**Milledgeville, GA 31061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,111.48** |
| --- | --- | --- | --- |

**Jason W Smith dba TIS Ansonia LLC**
**Troy Industrial Solutions, LLC**
**Attn: Pres, GP or Mang Membr**
**30 Maple Street**
**Ansonia, CT 06401-1230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,392.31** |
| --- | --- | --- | --- |

**Jim Lambert**
**13911 Fair Glade Ct**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Total amount of contract payments remaining:**
**$8,653.85**
**Severance to be paid out: $11,538.46**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$204.28** |
| --- | --- | --- | --- |

**Joe David Morris,  Working For A Living**
**Attn: Pres, GP or Mang Membr**
**A-1 Fire Extinguisher Company**
**PO Box 4818**
**Wichita Falls, TX 76308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Latex Foam International, LLC** | Case number (*if known*) | **19-51064** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,272.57 |
|---|---|---|---|

**John T Kurilla**
**Attn: Pres, GP or Mang Membr**
**JKK Associates**
**1 Lewis Drive**
**Madison, NJ 07940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,808.31 |
|---|---|---|---|

**Kenzie & Co. LLC-The McIntyre**
**  Group/Alliance Solutions Grp**
**Attn: Pres, GP or Mang Membr**
**6161 Oak Tree Blvs, Ste 300**
**Independance, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,373.54 |
|---|---|---|---|

**Keystone Foam Corp**
**Attn: Pres, GP or Mang Membr**
**PO Box 355**
**Loyalhanna, PA 15661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,551.82 |
|---|---|---|---|

**Krayden, Inc**
**1491 West 124th Ave**
**Denver, CO 80234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,406.87 |
|---|---|---|---|

**Lebanon Apparel Corporation**
**Attn: Pres, GP or Mang Membr**
**70 Thornhill Drive**
**Lebanon, VA 24266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,750.00 |
|---|---|---|---|

**Lori T. Marcus**
**Attn: Pres, GP or Mang Membr**
**Courtyard Connections, LLC**
**17 Village DR**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $963.78 |
|---|---|---|---|

**Masterman's LLP**
**Attn: Pres, GP or Mang Membr**
**Auburn Industrial Park, 11 C St.**
**P.O.Box 411**
**Auburn, MA 01501-0411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Latex Foam International, LLC** | Case number (*if known*) | **19-51064** |
|---|---|---|---|
| | Name | | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,498.21 |
|---|---|---|---|

**McMaster-Carr Supply Co.**
Attn: Pres, GP or Mang Membr
P.O. Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $411.88 |
|---|---|---|---|

**Merrimac Industrial Sales Inc**
111 Neck Rd
Haverhill, MA 01835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,865.80 |
|---|---|---|---|

**Microtek Laboratories, Inc.**
Attn: Pres, GP or Mang Membr
2400 East River Road
Dayton, OH 45439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,402.28 |
|---|---|---|---|

**Milford Barrel Co., Inc.**
Attn: Pres, GP or Mang Membr
100 Warwick St.
New Haven, CT 06513-4642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $382.56 |
|---|---|---|---|

**Mimecast North America Inc**
Attn: Pres, GP or Mang Membr
Department CH 10922
Palatine, IL 60055-0922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,849.35 |
|---|---|---|---|

**Nationwide Marketing Group, LLC**
110 Oakwood Drive, STE 200
Winston-Salem, NC 27103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,988.12 |
|---|---|---|---|

**NESCO Resource LLC**
Attn: Pres, GP or Mang Membr
PO Box 901372
Cleveland, OH 44190-1372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Latex Foam International, LLC** | Case number (*if known*) | **19-51064** |
|---|---|---|---|
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,949.64 |
|---|---|---|---|

**NITCO, Inc.**
**Attn: Pres, GP or Mang Membr**
**PO Box 845534**
**Boston, MA 02284-5534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,687.88 |
|---|---|---|---|

**Nortech Environmental, LLC**
**Attn: Pres, GP or Mang Membr**
**P.O.Box 803**
**South Windsor,, CT 06074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,632.98 |
|---|---|---|---|

**Oak Ridge Hauling, LLC**
**Attn: Pres, GP or Mang Membr**
**PO Box 1937**
**Danbury, CT 06813-1937**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,750.00 |
|---|---|---|---|

**Odor Management Inc**
**Attn: Pres, GP or Mang Membr**
**Omi Industries Inc**
**1 Corporate Drive, Ste 100**
**Long Grove, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
|---|---|---|---|

**Olive Brands Holdings LLC**
**Attn: Pres, GP or Mang Membr**
**15 E Putnam Ave, Ste 115**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $101.40 |
|---|---|---|---|

**Open Text Inc**
**24685 Network Place**
**Chicago, IL 60673-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $474.59 |
|---|---|---|---|

**Operationas Inc, LLC**
**535 Connecticut Ave**
**Norwalk, CT 06854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Latex Foam International, LLC** | Case number (*if known*) | **19-51064** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,225.00** |
|---|---|---|---|

**Osprey Environmental Engineer**
Attn: Pres, GP or Mang Membr
146 East Main st
Clinton, CT 06413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$297.28** |
|---|---|---|---|

**Pace Motor Lines**
Attn: Pres, GP or Mang Membr
P.O. Box 842925
Boston, MA 02284-2925

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,381.44** |
|---|---|---|---|

**Paul's Landscaping Inc.**
Attn: Pres, GP or Mang Membr
18 Beverly Lane
Shelton, CT 06484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,535.23** |
|---|---|---|---|

**Peterson Chemical Technology, Inc.**
Attn: Pres, GP or Mang Membr
PO Box 6776
4851 Regions Park Drive
Fort Smith, AR 72916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,750.00** |
|---|---|---|---|

**Pouschine Cook Capital Management LLC**
Attn: Pres, GP or Mang Membr
410 Park Ave
Suite 1710
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,049.36** |
|---|---|---|---|

**PraxAir Inc.**
Attn: Pres, GP or Mang Membr
PO  Box 417518
Boston, MA 02241-7518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$684.66** |
|---|---|---|---|

**Progressive Benefits Solutions LLC-Contr**
14 Business Park Dr, #8
Branford, CT 06405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Latex Foam International, LLC** | Case number (if known) | **19-51064** |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.00 |
|---|---|---|---|

**R & R Freight Services, LLC**
**49 Fowler Road**
**North Branford, CT 06471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.00 |
|---|---|---|---|

**R.B. Birge Co.**
**Attn: Pres, GP or Mang Membr**
**22 Webster St**
**Bridgeport, CT 06607-2300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.04 |
|---|---|---|---|

**Red River Waste Management LLC**
**1505 P B Lane**
**Wichita Falls, TX 76302-2631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.10 |
|---|---|---|---|

**Respond Systems, Inc.**
**1275 Cromwell Avenue**
**Suite B-1**
**Rocky HIll, CT 06067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,214.40 |
|---|---|---|---|

**Royal Slide Sales Co., Inc.**
**Attn: Pres, GP or Mang Membr**
**42 Hepworth Place**
**Garfield, NJ 07026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |
|---|---|---|---|

**RSM US LLP**
**Attn: Pres, GP or Mang Membr**
**5155 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,596.00 |
|---|---|---|---|

**Ruckel Mfg. Co., Inc.**
**Attn: Pres, GP or Mang Membr**
**Brooklyn Navy Yard**
**63 Flushing Ave.  Unit 331**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Latex Foam International, LLC** | Case number (if known) | **19-51064** |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,000.00**

**Saatva, Inc.**
**Attn: Pres, GP or Mang Membr**
**19-02 Whitestone Exp., Ste 201**
**Attn: Harley Greenfield**
**Whitestone, NY 11357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,482.73**

**Scott Denton**
**8 Burgess Point Shores**
**Wareham, MA 02571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Total amount of severance remaining: $12,500.00
Final COBRA reimbursement amount: $982.73__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,077.19**

**Shipmates Printmates Holdings Corp.**
**Attn: Pres, GP or Mang Membr**
**705 Corporations Park**
**Scotia, NY 12302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$391.09**

**Shoppas Material Handling, LTD**
**PO Box 612027**
**Dallas, TX 75261-2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$728.50**

**Southern CT Fire Extinguisher**
**167 Cherry Street, #270**
**Milford, CT 06460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$306.65**

**Sparkletts**
**Attn: Pres, GP or Mang Membr**
**PO Box 660579**
**Dallas, TX, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,547.05**

**St. Onge Steward Johnston & Reens LLC**
**Attn: Pres, GP or Mang Membr**
**986 Bedford Street**
**Stamford, CT 06905-5619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Latex Foam International, LLC** | Case number *(if known)* | **19-51064** |
|---|---|---|---|
| | Name | | |

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Starfish, LLC**
**Attn: Pres, GP or Mang Membr**
**32 West 22nd Street, 3rd Floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.78 |
|---|---|---|---|

**Steinreich Communications Group, Inc.**
**One University Plaza, Ste 510**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,750.00 |
|---|---|---|---|

**Summit Investment Management LLC**
**Attn: Pres, GP or Mang Membr**
**SBN IV LFI LLC**
**1700 Lincoln St. Suite 2150**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239,540.73 |
|---|---|---|---|

**Synthomer LLC - 231761**
**Attn: Pres, GP or Mang Membr**
**5/3 Bank**
**1761 Momentum Place**
**Chicago, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,143.10 |
|---|---|---|---|

**The Chapin and Bangs Co, Inc.**
**Attn: Pres, GP or Mang Membr**
**P.O. Box 1117**
**Bridgeport, CT 06601-1117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,515.40 |
|---|---|---|---|

**The Quartz Corp USA**
**fka K-T Feldspar Corporation**
**Attn: Pres, GP or Mang Membr**
**PO Box 116885**
**Atlanta, GA 30368-6885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $274,264.96 |
|---|---|---|---|

**Tiarco, LLC**
**Attn: Pres, GP or Mang Membr**
**PO Box745375**
**Atlanta, GA 30384-5375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Latex Foam International, LLC** | Case number (if known) | **19-51064** |
|---|---|---|---|
| | Name | | |

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,261.73 |
|---|---|---|---|

**Tradebe Environmental Services, LLC.**
**Tradebe Treatment & Recycling**
**Attn: Pres, GP or Mang Membr**
**PO Box 674037**
**Dallas, TX 75267-4237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,015.65 |
|---|---|---|---|

**Unicorr Packaging Group**
**Attn: Pres, GP or Mang Membr**
**Connecticut Container Corp**
**4282 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,528.68 |
|---|---|---|---|

**United Illuminating Co. #010-0001238-003**
**P.O. Box 9230**
**Chelsea, MA 02150-9230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,604.84 |
|---|---|---|---|

**United Illuminating Co. #010-0001238-007**
**Attn: Pres, GP or Mang Membr**
**P.O. Box 9230**
**Chelsea, MA 02150-9230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,153.22 |
|---|---|---|---|

**UPS - Plan3707AN**
**Attn: Pres, GP or Mang Membr**
**PO Box 7247-0244**
**Philadelphia, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $365.05 |
|---|---|---|---|

**UPS Freight**
**28013 Network Place**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,472.69 |
|---|---|---|---|

**UPS Supply Chain Solutions, Inc.**
**Attn: Pres, GP or Mang Membr**
**28013 Network Place**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Latex Foam International, LLC** | Case number (if known) | **19-51064** |
|---|---|---|---|
| | Name | | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,305.22 |
|---|---|---|---|

**Valley Electric Supply Co.**
Attn: Pres, GP or Mang Membr
3 Chestnut Street
P.O. Box 42
Ansonia, CT 06401-2323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,758.60 |
|---|---|---|---|

**Veritiv Operating Company, formerly Unis**
Attn: Pres, GP or Mang Membr
P.O. Box 409884
Atlanta, GA 30384-9884

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,723.00 |
|---|---|---|---|

**Verizon Wireless 381505479-00001**
PO Box 15062
Albany, NY 12212-5062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,062.88 |
|---|---|---|---|

**W J Electric, LLC.**
Attn: Pres, GP or Mang Membr
11 Lantern Drive
Seymour, CT 06483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,753.71 |
|---|---|---|---|

**W.W. Grainger, Inc.**
Attn: Pres, GP or Mang Membr
DEPT. 801109505
Palatine, IL 60038-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.13 |
|---|---|---|---|

**WC of Texas**
PO Box 742695
Cincinnati, OH 45274-2695

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,278.08 |
|---|---|---|---|

**Wichita Star**
dba Staybridge Suites
1917 Elmwood Ave N
Wichita Falls, TX 76308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Latex Foam International, LLC** | Case number (if known) | **19-51064** |
|---|---|---|---|
| | Name | | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,657.00** |
|---|---|---|---|

**Wiggin & Dana LLP**
**Attn: Pres, GP or Mang Membr**
**Attn:  Accounts Receivables**
**PO Box 1832**
**New Haven, CT 06508-1832**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,600.65** |
|---|---|---|---|

**Williamson Electrical Co., Inc**
**Attn: Pres, GP or Mang Membr**
**PO Box6265**
**Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.89** |
|---|---|---|---|

**Worthington Olsen Inc dba CobraHelp**
**1620 High Street**
**Denver, CO 80218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$466.77** |
|---|---|---|---|

**Wright Global Graphics**
**Attn: Pres, GP or Mang Membr**
**P.O. Box 306186**
**Nashville, TN 37230-6186**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,003.20** |
|---|---|---|---|

**Xpedx**
**Attn: Pres, GP or Mang Membr**
**PO Box 644520**
**Pittsburgh, PA 15264-4520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,741,135.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,741,135.01 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Latex Foam International, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-51064**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    **Fabrication facility in Wichita Falls, TX** <br><br> State the term remaining <br><br> List the contract number of any government contract | **8600 Central Venture, LLC** <br> **Attn: Pres., GP., or Mng. Mbr.** <br> **3000 Buchanan Street** <br> **Wichita Falls, TX 76308** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest    **Supply and Sub-License Agreement dated January 1, 2015** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Altin Yayli Yatak Sanayi Ve Ticaret A.S.** <br> **Attn: Pres., GP., or Mng. Mbr.** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest    **Showroom space in Las Vegas, NV $8,461/ month 7/17 to 6/21** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Blackstone IMC Holding OLLC WMCV Phase 2 SPE, LLC** <br> **Attn: Pres., GP., or Mng. Mbr.** <br> **PO Box 741159** <br> **Los Angeles, CA 90074** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest    **Manufacturing facility in Shelton, CT Lease through 12/31/2022** <br><br> State the term remaining <br><br> List the contract number of any government contract | **C.K.B. LLC.** <br> **c/o Richard T Coffey** <br> **32 Bunker Hill Circle** <br> **Shelton, CT 06484** |

Debtor 1  **Latex Foam International, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **19-51064**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **Equipment Lease re: Industrial Equipment**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Eagle Leasing**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**P.O. Box 923**<br>**Orange, CT 06477** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **Equipment Lease re: Digital Printers, Copiers and Related Equipment**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Elm City Capital**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**35 Philmack Drive**<br>**Middletown, CT 06457** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **Independent Sales Representative Agreement**<br><br>State the term remaining **Monthly**<br><br>List the contract number of any government contract | **Gina Bonisese**<br>**747 N. Broadway**<br>**Wind Gap, PA 18091** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **Equipment Lease re: Forklifts/Industrial Equipment**<br><br>State the term remaining<br><br>List the contract number of any government contract | **HYG Financial Services, Inc.**<br>**f/k/a NMHG Financial Srvc. Inc**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO BOX 14545**<br>**Des Moines, IA 50306** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest **Postage Meter (MP04 Serial # 0256174, 1754947) (P700 Serial # 0234178)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pitney Bowes**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 371896**<br>**Pittsburgh, PA 15250** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest **Equipment Lease**<br><br>State the term remaining<br><br>List the contract number of any | **Shoppas Material Handling**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 612027**<br>**Dallas, TX 75261** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor 1 | **Latex Foam International, LLC** | | | Case number *(if known)* | **19-51064** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Storage in Transit Warehouse in Port Klang** | **Union Forwarding Agency SDN. B**<br>**Union House, 9A**<br>**Jalan  Berangan**<br>**42000 Port Klang**<br>**Selangor Farul Ehsan, Malaysia** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement dated March 22, 2019** | **Virtual Supply Incorporated**<br>**dba Earl & Brown**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**5825 SW Artic Drive**<br>**Beaverton, OR 97005** |
|---|---|---|---|
| | State the term remaining | **7 months** | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Latex Foam International, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-51064**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Latex Foam Assets Acquistion** | **510 River Road Shelton, CT 06484** | **Entrepreneur Growth Capital** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Latex Foam Intern. Holdings** | **510 River Road Shelton, CT 06484** | **Entrepreneur Growth Capital** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **PLB Holdings, LLC** | **510 River Road Shelton, CT 06484** | **Entrepreneur Growth Capital** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Pure Latex Bliss, LLC** | **510 River Road Shelton, CT 06484** | **Entrepreneur Growth Capital** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Latex Foam International, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-51064**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $23,220,543.00 |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $46,521,846.00 |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $49,383,521.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Latex Foam International, LLC** | Case number *(if known)* **19-51064** |
| --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.1. **See Attached** | | $4,261,398.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | **Latex Foam International, LLC** | Case number *(if known)* **19-51064** |
|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Zeisler & Zeisler, P.C.**<br>**10 Middle Street, 15th Floor**<br>**Bridgeport, CT 06604** | | **08/2019** | **$200,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Latex Foam International, LLC** | Case number *(if known)* | **19-51064** |
|--------|-----------------------------------|--------------------------|--------------|

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|
|         |                            |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|---------------------------------------------------------------------------------|---------------------------------------------------------------------------|
|                           |                                                                                 |                                                                           |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| **Fidelity 401K - Safe Harbor Plan - Plan #38775** | EIN: |

        Has the plan been terminated?
        ■ No
        ☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|--------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
|                                        |                                |                               |                                                      |                                          |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Latex Foam International, LLC | Case number *(if known)* 19-51064 |
| --- | --- | --- |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| **Axle Logistics**<br>**St George Warehousing & Truck**<br>**1650 S Central Avenue**<br>**Compton, CA 90220** | **Axle Logistics** | **Inventory** | ☐ No<br>■ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Latex Foam International, LLC | Case number (if known) | 19-51064 |
| --- | --- | --- | --- |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1.    **Latex Foam Assets Acquistion**<br>**510 River Road**<br>**Shelton, CT 06484** | | EIN:    **27-2102938**<br><br>From-To |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.1.    **CohnReznick, LLP**<br>**350 Church Street**<br>**Hartford, CT 06103** | **2010-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.    **Entrepreneur Growth Capital**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**505 Park Avenue, 6th Floor**<br>**New York, NY 10022** |
| 26d.2.    **CohnReznick, LLP**<br>**350 Church Street**<br>**Hartford, CT 06103** |
| 26d.3.    **RSM** |

| Debtor | **Latex Foam International, LLC** | Case number *(if known)* **19-51064** |
|---|---|---|

| | Name and address |
|---|---|
| 26d.4. | **BASF** |
| 26d.5. | **Kore Insurance Holdings, LLC** |
| 26d.6. | **Cedarwood Group** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Benjamin White** | **Monthly** | **As of 07/28/2019: $2,395,232.00**<br>**As of 08/08/2019: $2,208,605.00** |

| Name and address of the person who has possession of inventory records |
|---|
| **Benjamin White**<br>**510 River Road**<br>**Shelton, CT 06484** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marc Navarre** | **510 River Road**<br>**Shelton, CT 06484** | **President/CEO** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steve Turner** | **510 River Road**<br>**Shelton, CT 06484** | **CFO** | **0** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **James McTevia** | **James McTevia Consulting**<br>**2401 PGA Boulevard, Ste. 196**<br>**Palm Beach Gardens, FL 33410** | **Director** | **1/2016-7/11/2019** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

| Debtor | **Latex Foam International, LLC** | Case number *(if known)* | **19-51064** |
|---|---|---|---|

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Marc Navarre**<br>. **510 River Road**<br>**Shelton, CT 06484** | **$431,739.00** | | **Salary/Bonus** |
| **Relationship to debtor**<br>**President/CEO** | | | |
| 30.2 **Steve Turner**<br>. **510 River Road**<br>**Shelton, CT 06484** | **$198,750.00** | | **Salary** |
| **Relationship to debtor**<br>**CFO** | | | |
| 30.3 **See Attached - Re: Director**<br>. **Comp.** | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Latex Foam International Holdings, Inc.** | **EIN:    06-0938467** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Latex Foam International, LLC** | Case number *(if known)* | **19-51064** |
|---|---|---|---|

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 29, 2019**

**/s/ Steve Turner**                                             **Steve Turner**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**Wire Register for 90 Days Prior to Filing**
**May 11th thru August 8th, 2019**

| Check No. | Check Date | Check Type | Vendor Code | Name | | Check Amt. |
|-----------|------------|------------|-------------|------|---|-----------|
| 0005007055 | 05/13/2019 | W | BASFXX001 | BASF Corporation | $ | 34,684.54 |
| 0005007056 | 05/13/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | $ | 34,394.25 |
| 0005007057 | 05/13/2019 | W | DEPREV002 | CT - Dept of Revenue Services | $ | 13,000.00 |
| 0005007058 | 05/13/2019 | W | PROBEN002 | Progressive Benefits Solutions LLC-Contributions | $ | 234.65 |
| 0005007059 | 05/15/2019 | W | AMREXC001 | American Excelsior Company | $ | 23,783.09 |
| 0005007060 | 05/17/2019 | W | SHIRLEY001 | Shirley Technologies, Ltd | $ | 6,961.15 |
| 0005007061 | 05/17/2019 | W | ODORSC001 | Odor Science & Engineering, Inc. | $ | 2,275.00 |
| 0005007062 | 05/17/2019 | W | BASFXX001 | BASF Corporation | $ | 34,638.64 |
| 0005007063 | 05/17/2019 | W | CONCON001 | Unicorr Packaging Group | $ | 7,138.40 |
| 0005007064 | 05/17/2019 | W | KOSRUFX001 | CohnReznick, LLP | $ | 22,500.00 |
| 0005007065 | 05/17/2019 | W | RRFRE001 | R & R Freight Services, LLC | $ | 4,440.00 |
| 0005007066 | 05/17/2019 | W | MCTEVIA001 | James V. McTevia Consulting | $ | 7,139.85 |
| 0005007067 | 05/20/2019 | W | PROBEN002 | Progressive Benefits Solutions LLC-Contributions | $ | 316.44 |
| 0005007068 | 05/20/2019 | W | BASFXX001 | BASF Corporation | $ | 34,491.54 |
| 0005007069 | 05/20/2019 | W | FELDSP001 | The Quartz Corp USA | $ | 3,515.40 |
| 0005007070 | 05/21/2019 | W | FRAVAC001 | Frank's Vacuum Truck Service, Inc. | $ | 4,250.00 |
| 0005007071 | 05/21/2019 | W | CIGNAX001 | CIGNA HealthCare | $ | 145,011.86 |
| 0005007072 | 05/22/2019 | W | ODORSC001 | Odor Science & Engineering, Inc. | $ | 1,880.00 |
| 0005007073 | 05/23/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | $ | 33,870.32 |
| 0005007074 | 05/23/2019 | W | DEPREV001 | CT - Dept of Revenue Svcs (wire LFP Sales Tax) | $ | 485.00 |
| 0005007075 | 05/23/2019 | W | UNIONF001 | Union Forwarding Agency SDN. BHD. | $ | 2,557.35 |
| 0005007076 | 05/23/2019 | W | UNISOGA002 | Veritiv Operating Company, formerly Unisource | $ | 9,757.52 |
| 0005007077 | 05/24/2019 | W | BASFXX001 | BASF Corporation | $ | 35,026.79 |
| 0005007078 | 05/24/2019 | W | CONCON001 | Unicorr Packaging Group | $ | 5,203.24 |
| 0005007079 | 05/24/2019 | W | PITTMA001 | Pittman Trucking, Inc. | $ | 2,450.00 |
| 0005007080 | 05/24/2019 | W | RRFRE001 | R & R Freight Services, LLC | $ | 6,065.00 |
| 0005007081 | 05/24/2019 | W | TIARCO001 | Tiarco Chemical Division. | $ | 14,694.32 |
| 0005007082 | 05/24/2019 | W | UNIIND001 | Tradebe Environmental Services, LLC. | $ | 11,872.66 |
| 0005007083 | 05/28/2019 | W | BASFXX001 | BASF Corporation | $ | 33,443.05 |
| 0005007084 | 05/28/2019 | W | PROBEN002 | Progressive Benefits Solutions LLC-Contributions | $ | 350.47 |
| 0005007085 | 05/29/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | $ | 67,717.65 |
| 0005007086 | 05/29/2019 | W | FRACHT001 | Fracht FWO Inc | $ | 9,855.00 |
| 0005007087 | 05/30/2019 | W | TIARCO001 | Tiarco Chemical Division. | $ | 54,454.11 |
| 0005007088 | 05/31/2019 | W | DIMROS001 | DIM Rosenheim | $ | 1,372.57 |
| 0005007089 | 05/29/2019 | W | FIFTH002 | Fifth Third Bank-Credit Card | $ | 16,389.31 |
| 0005007090 | 05/31/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | $ | 34,368.84 |
| 0005007091 | 05/31/2019 | W | CONCON001 | Unicorr Packaging Group | $ | 5,353.72 |
| 0005007092 | 05/31/2019 | W | POLLAT001 | Synthomer LLC - 231761 | $ | 28,600.30 |
| 0005007093 | 05/31/2019 | W | RRFRE001 | R & R Freight Services, LLC | $ | 4,995.00 |
| 0005007094 | 05/31/2019 | W | TIARCO001 | Tiarco Chemical Division. | $ | 8,538.00 |
| 0005007095 | 05/31/2019 | W | UNIIND001 | Tradebe Environmental Services, LLC. | $ | 16,881.73 |
| 0005007096 | 05/31/2019 | W | YNKGAS002 | Eversource  #57789676020 | $ | 24,682.71 |
| 0005007097 | 06/03/2019 | W | CIGNAX002 | CIGNA HealthCare | $ | 5,579.06 |
| 0005007098 | 06/03/2019 | W | PROBEN002 | Progressive Benefits Solutions LLC-Contributions | $ | 75.00 |
| 0005007099 | 05/29/2019 | W | FRAVAC001 | Frank's Vacuum Truck Service, Inc. | $ | 4,250.00 |
| 0005007100 | 05/31/2019 | W | ENTREP001 | Entrepreneur Growth Capital, LLC | $ | 112,500.00 |
| 0005007101 | 06/03/2019 | W | 8600CV001 | 8600 Central Venture, LLC | $ | 41,710.40 |

| 0005007102 | 06/03/2019 | W | BASFXX001 | BASF Corporation | $ | 34,811.53 |
| 0005007103 | 06/03/2019 | W | USPREM001 | U.S. Premium Finance | $ | 61,552.53 |
| 0005007104 | 06/03/2019 | W | WMCV001 | Blackstone IMC Holding -OLLC WMCV Phase 2 SPE, LLC | $ | 8,799.27 |
| 0005007105 | 06/03/2019 | W | FELDSP001 | The Quartz Corp USA | $ | 3,515.40 |
| 0005007106 | 06/05/2019 | W | PROBEN001 | Progressive Benefits Solutions LLC | $ | 87.00 |
| 0005007107 | 06/05/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | $ | 34,817.75 |
| 0005007108 | 06/06/2019 | W | UNISOGA002 | Veritiv Operating Company, formerly Unisource | $ | 21,658.94 |
| 0005007109 | 06/07/2019 | W | XPEDEX001 | Xpedx | $ | 7,003.20 |
| 0005007110 | 06/07/2019 | W | BASFXX001 | BASF Corporation | $ | 34,677.98 |
| 0005007111 | 06/07/2019 | W | CONCON001 | Unicorr Packaging Group | $ | 10,863.60 |
| 0005007112 | 06/07/2019 | W | POLLAT001 | Synthomer LLC - 231761 | $ | 28,834.75 |
| 0005007113 | 06/07/2019 | W | RRFRE001 | R & R Freight Services, LLC | $ | 3,745.00 |
| 0005007114 | 06/07/2019 | W | STRATAG001 | James V. Siragusa | $ | 17,879.36 |
| 0005007115 | 06/07/2019 | W | UNIIND001 | Tradebe Environmental Services, LLC. | $ | 24,705.77 |
| 0005007116 | 06/10/2019 | W | TIARCO001 | Tiarco Chemical Division. | $ | 59,612.88 |
| 0005007117 | 06/11/2019 | W | PITTMA001 | Pittman Trucking, Inc. | $ | 2,450.00 |
| 0005007118 | 06/12/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | $ | 32,519.96 |
| 0005007119 | 06/07/2019 | W | AMREXC001 | American Excelsior Company | $ | 2,566.96 |
| 0005007120 | 06/12/2019 | W | FRAVAC001 | Frank's Vacuum Truck Service, Inc. | $ | 4,250.00 |
| 0005007121 | 06/13/2019 | W | BASFXX001 | BASF Corporation | $ | 34,683.91 |
| 0005007122 | 06/13/2019 | W | TIARCO001 | Tiarco Chemical Division. | $ | 21,669.16 |
| 0005007123 | 06/14/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | $ | 33,877.58 |
| 0005007124 | 06/14/2019 | W | CONCON001 | Unicorr Packaging Group | $ | 3,147.07 |
| 0005007125 | 06/14/2019 | W | POLLAT001 | Synthomer LLC - 231761 | $ | 29,337.41 |
| 0005007126 | 06/14/2019 | W | UNISOGA002 | Veritiv Operating Company, formerly Unisource | $ | 4,627.59 |
| 0005007127 | 06/17/2019 | W | BASFXX001 | BASF Corporation | $ | 70,104.80 |
| 0005007128 | 06/17/2019 | W | POLLAT001 | Synthomer LLC - 231761 | $ | 29,274.94 |
| 0005007129 | 06/10/2019 | W | PROBEN002 | Progressive Benefits Solutions LLC-Contributions | $ | 404.09 |
| 0005007130 | 06/18/2019 | W | OLIVEBR001 | Olive Brands Holdings LLC | $ | 5,000.00 |
| 0005007131 | 06/14/2019 | W | PITNEY002 | Postage by Phone Acct 22601256 | $ | 1,000.00 |
| 0005007132 | 06/17/2019 | W | ASBURY001 | Asbury Graphite Mills Inc. | $ | 4,030.10 |
| 0005007133 | 06/17/2019 | W | FELDSP001 | The Quartz Corp USA | $ | 3,515.40 |
| 0005007134 | 06/17/2019 | W | PROBEN002 | Progressive Benefits Solutions LLC-Contributions | $ | 253.01 |
| 0005007135 | 06/17/2019 | W | REDRIV001 | Red River Pallet, Inc | $ | 5,504.76 |
| 0005007136 | 06/19/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | $ | 34,280.51 |
| 0005007137 | 06/19/2019 | W | TIARCO001 | Tiarco Chemical Division. | $ | 54,161.83 |
| 0005007138 | 06/20/2019 | W | UNISOGA002 | Veritiv Operating Company, formerly Unisource | $ | 12,296.36 |
| 0005007139 | 06/19/2019 | W | UNIONF001 | Union Forwarding Agency SDN. BHD. | $ | 2,568.93 |
| 0005007140 | 06/20/2019 | W | ATLANTA001 | Atlanta Attachment Company | $ | 9,500.00 |
| 0005007141 | 06/20/2019 | W | CIGNAX001 | CIGNA HealthCare | $ | 147,977.24 |
| 0005007142 | 06/24/2019 | W | ECOINS001 | ECO-Institute GmbH | $ | 7,016.00 |
| 0005007143 | 06/21/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | $ | 34,265.99 |
| 0005007144 | 06/21/2019 | W | CONCON001 | Unicorr Packaging Group | $ | 8,289.96 |
| 0005007145 | 06/21/2019 | W | RRFRE001 | R & R Freight Services, LLC | $ | 9,675.00 |
| 0005007146 | 06/21/2019 | W | UNIIND001 | Tradebe Environmental Services, LLC. | $ | 14,728.89 |
| 0005007147 | 06/21/2019 | W | FRAVAC001 | Frank's Vacuum Truck Service, Inc. | $ | 4,250.00 |
| 0005007148 | 06/24/2019 | W | PROBEN002 | Progressive Benefits Solutions LLC-Contributions | $ | 450.43 |
| 0005007149 | 06/25/2019 | W | FIFTH002 | Fifth Third Bank-Credit Card | $ | 5,000.00 |
| 0005007150 | 06/24/2019 | W | ARSHADCO001 | Arshad Corporation (Pvt) Lrd. | $ | 32,555.00 |
| 0005007151 | 06/26/2019 | W | FIFTH002 | Fifth Third Bank-Credit Card | $ | 14,076.21 |
| 0005007152 | 06/27/2019 | W | BASFXX001 | BASF Corporation | $ | 34,586.78 |
| 0005007153 | 06/27/2019 | W | UNISOGA002 | Veritiv Operating Company, formerly Unisource | $ | 19,404.31 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0005007154 | 06/27/2019 | W | YNKGAS002 | Eversource #57789676020 | | $ | 24,712.06 |
| 0005007155 | 06/27/2019 | W | CIGNAX002 | CIGNA HealthCare | | $ | 5,013.72 |
| 0005007156 | 06/28/2019 | W | CONCON001 | Unicorr Packaging Group | | $ | 9,054.98 |
| 0005007157 | 06/28/2019 | W | ODORMG001 | Odor Management Inc | | $ | 11,071.32 |
| 0005007158 | 06/28/2019 | W | PITTMA001 | Pittman Trucking, Inc. | | $ | 2,450.00 |
| 0005007159 | 06/28/2019 | W | POLLAT001 | Synthomer LLC - 231761 | | $ | 29,910.31 |
| 0005007160 | 06/28/2019 | W | RRFRE001 | R & R Freight Services, LLC | | $ | 7,995.00 |
| 0005007161 | 06/28/2019 | W | TIARCO001 | Tiarco Chemical Division. | | $ | 14,315.84 |
| 0005007162 | 06/28/2019 | W | UNIIND001 | Tradebe Environmental Services, LLC. | | $ | 21,579.20 |
| 0005007163 | 07/01/2019 | W | ENTREP001 | Entrepreneur Growth Capital, LLC | | $ | 112,500.00 |
| 0005007164 | 07/01/2019 | W | MEMIND001 | MEMIC Indemnity Company - Policy#3102802194 | | $ | 29,326.20 |
| 0005007165 | 07/01/2019 | W | PROBEN002 | Progressive Benefits Solutions LLC-Contributions | | $ | 423.55 |
| 0005007166 | 07/02/2019 | W | 8600CV001 | 8600 Central Venture, LLC | | $ | 41,710.40 |
| 0005007167 | 07/02/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | | $ | 66,960.19 |
| 0005007168 | 07/02/2019 | W | WMCV001 | Blackstone IMC Holding -OLLC WMCV Phase 2 SPE, LLC | | $ | 8,799.27 |
| 0005007169 | 07/03/2019 | W | PROBEN001 | Progressive Benefits Solutions LLC | | $ | 108.00 |
| 0005007170 | 07/03/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | | $ | 33,139.48 |
| 0005007171 | 07/05/2019 | W | BASFXX001 | BASF Corporation | | $ | 35,224.96 |
| 0005007172 | 07/05/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | | $ | 33,416.57 |
| 0005007173 | 07/05/2019 | W | CONCON001 | Unicorr Packaging Group | | $ | 4,923.19 |
| 0005007174 | 07/05/2019 | W | RRFRE001 | R & R Freight Services, LLC | | $ | 695.00 |
| 0005007175 | 07/05/2019 | W | UNIIND001 | Tradebe Environmental Services, LLC. | | $ | 12,504.49 |
| 0005007176 | 07/05/2019 | W | UNISOGA002 | Veritiv Operating Company, formerly Unisource | | $ | 17,016.71 |
| 0005007177 | 07/08/2019 | W | USPREM001 | U.S. Premium Finance | | $ | 64,630.16 |
| 0005007178 | 07/09/2019 | W | PROBEN002 | Progressive Benefits Solutions LLC-Contributions | | $ | 539.11 |
| 0005007179 | 07/10/2019 | W | STDFIBER00 | Standard Fiber, LLC | | $ | 8,322.97 |
| 0005007180 | 07/11/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | | $ | 33,916.08 |
| 0005007181 | 07/11/2019 | W | STRATAG001 | James V. Siragusa | | $ | 12,000.00 |
| 0005007182 | 07/11/2019 | W | TIARCO001 | Tiarco Chemical Division. | | $ | 54,292.30 |
| 0005007183 | 07/11/2019 | W | ASBURY001 | Asbury Graphite Mills Inc. | | $ | 3,857.10 |
| 0005007184 | 07/12/2019 | W | BASFXX001 | BASF Corporation | | $ | 34,961.28 |
| 0005007185 | 07/12/2019 | W | CONCON001 | Unicorr Packaging Group | | $ | 10,019.29 |
| 0005007186 | 07/12/2019 | W | UNIIND001 | Tradebe Environmental Services, LLC. | | $ | 13,740.81 |
| 0005007187 | 07/15/2019 | W | PROBEN002 | Progressive Benefits Solutions LLC-Contributions | | $ | 1,066.26 |
| 0005007188 | 07/15/2019 | W | PROVID001 | Provident Life & Accident Ins. Co. | | $ | 1,318.15 |
| 0005007189 | 07/15/2019 | W | POLLAT001 | Synthomer LLC - 231761 | | $ | 30,184.35 |
| 0005007190 | 07/15/2019 | W | STDFIBER00 | Standard Fiber, LLC | | $ | 94,489.40 |
| 0005007191 | 07/12/2019 | W | UNIONF001 | Union Forwarding Agency SDN. BHD. | | $ | 2,599.18 |
| 0005007192 | 07/15/2019 | W | KUEHNE001 | Kuehne & Nagel Inc. | | $ | 1,862.00 |
| 0005007193 | 07/15/2019 | W | MITSUI001 | MITSUI SUMITOMO Insurance Co of America | | $ | 21,393.72 |
| 0005007194 | 07/17/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | | $ | 34,650.77 |
| 0005007195 | 07/17/2019 | W | TIARCO001 | Tiarco Chemical Division. | | $ | 29,928.94 |
| 0005007196 | 07/18/2019 | W | 7CONNEC01 | CT - Dept of Revenue Svcs (wire Bliss-Sales Tax) | | $ | 125.00 |
| 0005007197 | 07/18/2019 | W | DEPREV001 | CT - Dept of Revenue Svcs (wire LFP Sales Tax) | | $ | 2,955.00 |
| 0005007198 | 07/18/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | | $ | 34,458.38 |
| 0005007199 | 07/18/2019 | W | PITTMA001 | Pittman Trucking, Inc. | | $ | 2,450.00 |
| 0005007200 | 07/18/2019 | W | UNISOGA002 | Veritiv Operating Company, formerly Unisource | | $ | 15,466.77 |
| 0005007201 | 07/19/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | | $ | 34,472.90 |
| 0005007202 | 07/19/2019 | W | CONCON001 | Unicorr Packaging Group | | $ | 11,404.10 |
| 0005007203 | 07/19/2019 | W | POLLAT001 | Synthomer LLC - 231761 | | $ | 29,869.46 |
| 0005007204 | 07/19/2019 | W | UNIIND001 | Tradebe Environmental Services, LLC. | | $ | 1,705.21 |
| 0005007205 | 07/18/2019 | W | FRAVAC001 | Frank's Vacuum Truck Service, Inc. | | $ | 4,250.00 |

| 0005007206 | 07/18/2019 | W | REDRIV001 | Red River Pallet, Inc | $ | 5,504.76 |
| 0005007207 | 07/22/2019 | W | PROBEN002 | Progressive Benefits Solutions LLC-Contributions | $ | 354.38 |
| 0005007208 | 07/22/2019 | W | BASFXX001 | BASF Corporation | $ | 35,374.95 |
| 0005007209 | 07/22/2019 | W | BASFXX001 | BASF Corporation | $ | 35,007.81 |
| 0005007210 | 07/23/2019 | V | ADPADP001 | ADP, Inc. | $ | (19,285.49) |
| 0005007210 | 07/23/2019 | W | ADPADP001 | ADP, Inc. | $ | 19,285.49 |
| 0005007211 | 07/23/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | $ | 34,397.88 |
| 0005007212 | 07/24/2019 | W | FIFTH002 | Fifth Third Bank-Credit Card | $ | 30,141.01 |
| 0005007213 | 07/22/2019 | W | CIGNAX001 | CIGNA HealthCare | $ | 141,730.41 |
| 0005007214 | 07/25/2019 | W | CLARKEL001 | Linda Nowicki Clarke | $ | 702.46 |
| 0005007215 | 07/25/2019 | W | POLLAT001 | Synthomer LLC - 231761 | $ | 29,773.72 |
| 0005007216 | 07/25/2019 | W | TIARCO001 | Tiarco Chemical Division. | $ | 19,870.96 |
| 0005007217 | 07/26/2019 | W | CONCON001 | Unicorr Packaging Group | $ | 6,449.85 |
| 0005007218 | 07/26/2019 | W | PITTMA001 | Pittman Trucking, Inc. | $ | 2,450.00 |
| 0005007219 | 07/26/2019 | W | POLLAT001 | Synthomer LLC - 231761 | $ | 30,218.15 |
| 0005007220 | 07/26/2019 | W | UNIIND001 | Tradebe Environmental Services, LLC. | $ | 11,255.63 |
| 0005007221 | 07/29/2019 | W | PROBEN002 | Progressive Benefits Solutions LLC-Contributions | $ | 274.84 |
| 0005007222 | 07/30/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | $ | 34,480.16 |
| 0005007223 | 07/31/2019 | W | YNKGAS002 | Eversource  #57789676020 | $ | 25,573.14 |
| 0005007224 | 07/31/2019 | W | BASFXX001 | BASF Corporation | $ | 34,924.73 |
| 0005007225 | 07/31/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | $ | 34,628.99 |
| 0005007226 | 08/01/2019 | W | ENTREP001 | Entrepreneur Growth Capital, LLC | $ | 112,500.00 |
| 0005007227 | 08/01/2019 | W | MEMIND001 | MEMIC Indemnity Company - Policy#3102802194 | $ | 14,665.40 |
| 0005007228 | 08/02/2019 | W | BASFXX001 | BASF Corporation | $ | 35,079.95 |
| 0005007229 | 08/05/2019 | W | PROBEN001 | Progressive Benefits Solutions LLC | $ | 88.00 |
| 0005007230 | 08/05/2019 | W | PROBEN002 | Progressive Benefits Solutions LLC-Contributions | $ | 452.53 |
| 0005007231 | 08/01/2019 | W | CIGNAX001 | CIGNA HealthCare | $ | 4,976.81 |
| 0005007232 | 08/02/2019 | W | FRAVAC001 | Frank's Vacuum Truck Service, Inc. | $ | 4,250.00 |
| 0005007233 | 08/06/2019 | W | TIARCO001 | Tiarco, LLC | $ | 68,447.15 |
| 0005007234 | 08/05/2019 | W | FELDSP001 | The Quartz Corp USA | $ | 3,515.40 |
| 0005007235 | 08/07/2019 | W | BASFXX001 | BASF Corporation | $ | 35,079.95 |
| 0005007236 | 08/07/2019 | W | CENTRO001 | Centrotrade Rubber USA, Inc. | $ | 34,085.70 |
| 0005007237 | 08/07/2019 | W | USPREM001 | U.S. Premium Finance | $ | 61,552.53 |
| 0005007238 | 08/07/2019 | W | WMCV001 | Blackstone IMC Holding -OLLC WMCV Phase 2 SPE, LLC | $ | 8,799.27 |
| 0005007239 | 08/08/2019 | W | CONMARK001 | Continental Marketing Inc | $ | 5,983.39 |
| 0005007240 | 08/08/2019 | W | MJECRE001 | MJE Creative Services LLC | $ | 3,849.93 |
| 0005007241 | 08/08/2019 | W | STAMBULES | Julia Stambules | $ | 5,000.00 |
| 0005007242 | 08/08/2019 | W | STDFIBER00 | Standard Fiber, LLC | $ | 97,659.08 |
| 0005007243 | 08/08/2019 | W | WADLES001 | Sarah Wadle dba First Position Media | $ | 3,403.20 |
| 0005007244 | 08/08/2019 | W | JKKASSOC01 | John T Kurilla | $ | 22,705.03 |
| 0005007245 | 08/08/2019 | W | WIGGIN001 | Wiggin & Dana LLP | $ | 14,374.00 |
| 0005007246 | 08/08/2019 | W | NANNIMJ001 | Margaret J Nanni | $ | 38,419.61 |

$ 4,261,398.96

## LATEX FOAM INT'L HOLDINGS, INC. BOARD OF DIRECTORS AND 1 YR PREPETITION FEES

| Director | Address | Description | Amount | |
|---|---|---|---|---|
| James McTevia | McTevia and Associates, LLC – Trustee, 30150 Telegraph Road – Suite 155, Bingham Farms, MI 48025 | | | |
| | 5.16.19 | Board Meeting Fee 5.16 | $ 5,000.00 | |
| | 3.28.19 | Board Meeting Fee 3.28 | $ 5,000.00 | |
| | 3.25.19 | Second Quarter 2019 Annual Director Fee | $ 8,750.00 | |
| | 1.31.19 | Board Meeting 1.29.19-1.31.19 | $ 5,000.00 | |
| | 1.3.19 | First Quarter 2019 Annual Director Fee | $ 8,750.00 | |
| | 12.7.18 | Board Meeting Fee 12.7.18 | $ 5,000.00 | |
| | 10.1.18 | Director's Annual Retainer 3 of 3 | $ 3,750.00 | |
| | 9.25.18 | Board Meeting Fee 9.25 | $ 5,000.00 | |
| | 8.17.18 | Board Meeting Fee 8.17 | $ 5,000.00 | |
| David O'Halloran | c/o SBN IV LFI LLC, 1700 Lincoln St. Suite 2150, Denver, CO 80203 | | | |
| | 7.19.19 | Director's Board Meeting Fee 7.18 | $ 5,000.00 | incurred but not paid |
| | 7.1.19 | Director's Annual Retainer (3 of 4) | $ 8,750.00 | incurred but not paid |
| | 5.17.19 | Director's Board Meeting Fee 5.16 | $ 5,000.00 | |
| | 4.1.19 | Director's Annual Retainer 2 of 4 | $ 8,750.00 | |
| | 3.29.19 | Director's Board Meeting Fee 3.29 | $ 5,000.00 | |
| | 2.5.19 | Director's Board Meeting Fee 1.30.19 | $ 5,000.00 | |
| | 1.3.19 | Director's Annual Retainer 2 of 4 | $ 8,750.00 | |
| | 12.12.18 | Director's Board Meeting Fee 12.7 | $ 5,000.00 | |
| | 12.5.18 | Special  Board Meeting Fee | $ 2,500.00 | |
| | 10.1.18 | Director's Annual Retainer 3 of 3 | $ 3,750.00 | |
| | 9.26.18 | Director's Board Meeting Fee 9.25 | $ 5,000.00 | |
| | 8.20.18 | Director's Board Meeting Fee 8.17 | $ 5,000.00 | |
| John Pouschine | c/o Pouschine Cook Capital Management LLC, 410 Park Ave, Suite 1710, New York, NY 10022 | | | |
| | 7.19.19 | Director's Board Meeting Fee 7.18.19 | $ 5,000.00 | incurred but not paid |
| | 7.1.19 | Director's Annual Retainer (3 of 4) | $ 8,750.00 | incurred but not paid |
| | 5.17.19 | Director's Board Meeting Fee 5.16 | $ 5,000.00 | |
| | 4.1.19 | Director's Annual Retainer 2 of 4 | $ 8,750.00 | |
| | 3.29.19 | Director's Board Meeting Fee 3.28 | $ 5,000.00 | |
| | 2.5.19 | Director's Board Meeting Fee 1.30.19 | $ 5,000.00 | |
| | 1.30.19 | Special Board Meeting Fee (Mktg Mtg) 11.29.18 | $ 2,500.00 | |
| | 1.2.19 | Director's Annual Retainer 1 of 4 | $ 8,750.00 | |
| | 12.14.18 | Director's Board Meeting Fee 12.7 | $ 5,000.00 | |
| | 10.2.18 | Director's Annual Retainer 3 of 3 | $ 3,750.00 | |
| | 9.28.18 | Director's Board Meeting Fee 9.25 | $ 5,000.00 | |
| | 8.31.18 | Director's Board Meeting Fee 8.17 | $ 5,000.00 | |
| Lynn Clarke | c/o Olive Brands Holdings, 15 E Putnam Ave, Ste 115, Greenwich, CT 06830 | | | |
| | 7.19.19 | Director's Board Meeting Fee 7.18.19 | $ 5,000.00 | incurred but not paid |
| | 7.1.19 | COB  Annual Retainer (3 of 4) | $ 12,500.00 | incurred but not paid |
| | 5.17.19 | Director's Board Meeting Fee 5.16 | $ 5,000.00 | |
| | 4.1.19 | COB Annual Retainer (2 of 4) | $ 12,500.00 | |
| | 3.29.19 | Director's Board Meeting Fee 3.28 | $ 5,000.00 | |
| | 3.29.19 | Marketing Committee Meeting Fee 2.21 | $ 2,500.00 | |
| | 2.5.19 | Director's Board Meeting Fee 1.30.19 | $ 5,000.00 | |
| | 1.2.19 | COB Annual Retainer (1 of 4) | $ 12,500.00 | |
| | 12.14.18 | Director's Board Meeting Fee 12.7 | $ 5,000.00 | |
| | 12.5.18 | Special Board Meeting Fee ( Mrkg Mtg) 11.29 | $ 2,500.00 | |
| | 11.23.18 | Pre-Board Meeting Fee 11.20.18 | $ 2,500.00 | |
| | 10.1.18 | COB Annual Retainer adj (3of 3) | $ 6,250.00 | |
| | 9.26.18 | Director's Board Meeting Fee 9.25 | $ 5,000.00 | |
| | 8.20.18 | Director's Board Meeting Fee 8.17 | $ 5,000.00 | |
| | 8.16.18 | Pre-Board Meeting Fee 8.10.18 | $ 2,500.00 | |
| Lori Marcus | c/o Courtyard Connections, LLC, 17 Village Drive, New Canaan, CT 06840 | | | |
| | 7.19.19 | Director's Board Meeting Fee 7.18.19 | $ 5,000.00 | incurred but not paid |
| | 7.1.19 | Director's Annual Retainer (3 of 4) | $ 8,750.00 | incurred but not paid |
| | 5.17.19 | Director's Board Meeting Fee 5.16 | $ 5,000.00 | |
| | 4.1.19 | Director's Annual Retainer (2 of  4) | $ 8,750.00 | |
| | 3.29.19 | Director's Board Meeting Fee 3.28 | $ 5,000.00 | |
| | 3.29.19 | Marketing Committee Meeting Fee 2.21 | $ 2,500.00 | |
| | 2.5.19 | Director's Board Meeting Fee 1.30.19 | $ 5,000.00 | |
| | 1.2.19 | Director's Annual Retainer (1of 4) | $ 8,750.00 | |
| | 12.12.18 | Director's Board Meeting Fee 12.7 | $ 5,000.00 | |
| | 12.5.18 | Special Board Meeting Fee (Mktg–Mtg) 11.29 | $ 2,500.00 | |
| | 10.1.18 | Director's Annual Retainer adj (3 of 3) | $ 3,750.00 | |
| | 9.26.18 | Director's Board Meeting Fee 9.25 | $ 5,000.00 | |

| | | | |
|---|---|---|---|
| 8.20.18 | Director's Board Meeting Fee 8.17 | $ 5,000.00 | |

**Alexandra Wilson**    920 Park Ave, Apt 3D, New York, NY 10028

| | | | |
|---|---|---|---|
| 7.19.19 | Director's Board Meeting Fee 7.18.19 | $ 5,000.00 | *incurred but not paid* |
| 7.1.19 | Director's Annual Retainer (3 of 4) | $ 8,750.00 | *incurred but not paid* |
| 5.17.19 | Director's Board Meeting Fee 5.16 | $ 5,000.00 | |
| 4.1.19 | Director's Annual Retainer (2 of 4) | $ 8,750.00 | |
| 3.29.19 | Director's Board Meeting Fee 3.28 | $ 5,000.00 | |
| 3.29.19 | Marketing Committee Meeting Fee 2.21 | $ 2,500.00 | |
| 2.5.19 | Director's Board Meeting Fee 1.30.19 | $ 5,000.00 | |
| 1.2.19 | Director's Annual Retainer (1of 4) | $ 8,750.00 | |
| 12.12.18 | Director's Board Meeting Fee 12.7 | $ 5,000.00 | |
| 12.5.18 | Special Board Meeting Fee (Mktg–Mtg) 11.29 | $ 2,500.00 | |
| 10.1.18 | Director's Annual Retainer adj (3 of 3) | $ 3,750.00 | |
| 9.26.18 | Director's Board Meeting Fee 9.25 | $ 5,000.00 | |
| 8.20.18 | Director's Board Meeting Fee 8.17 | $ 5,000.00 | |

**Marc Navarre**

Note: Director compensation was Latex Foam International Holdings, Inc. obligation, paid by Latex Foam International, LLC.
Note: James McTevia resigned from Board of Directors after May 2019.
Note: David O'Halloran director compensation was paid to SBN IV LFI LLC.
Note: Marc Navarre is President/CEO of debtors and did not receive additional compensation for Board Service.

## United States Bankruptcy Court
### District of Connecticut

In re   **Latex Foam International, LLC** _____  Case No.   **19-51064** _____

Debtor(s)                                              Chapter   **11** _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Latex Foam Intern. Holdings**<br>**510 River Road**<br>**Shelton, CT 06484** | | | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **August 29, 2019** _____      Signature   **/s/ Steve Turner** _____

**Steve Turner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.